# EXHIBIT K

# Equine Preventative Medicine and Rehabilitation Seminar:

## "Understanding the Hoof's Role in Whole Horse Biomechanics Soundness and Well Being"

June, 6 2004
3:30 p.m. - 5:30 p.m.

United Farm & Pet Services, Inc.
Lombard Ave, West Barnstable, MA

**Sheila Lyons, DVM, PhD**




**Homecoming Farm, Inc.** a 501c3 nonprofit organization created to bring together experts from the human and veterinary medical and general sciences professions to establish a newly recognized specialty field in Veterinary Sports Medicine and Rehabilitation to benefit all animals.
21 Augusta Avenue
Brockton, MA 02301
508-857-1934



**United Farm & Pet Services, Inc.**
Lombard Ave
West Barnstable,
MA 02668
508-362-3201

**Dr. Sheila Lyons** the founder and president of Homecoming Farm, Inc., earned her PhD in Elementary Particle and Laser Physics in 1981, and her DVM from Tufts University School of Veterinary Medicine in 1985. After completing a 3 year fellowship in Physical Medicine and Rehabilitation in Human Medicine she founded a committee of veterinary experts from the USA who have begun the process of developing a new AVMA recognized veterinary specialty in Veterinary Sports Medicine and Rehabilitation. A new foundation will be created to support this effort and will fund programs dedicated to this work through grants. An endowment is now being created for this purpose. Post-doctoral fellowship and residency programs are expected to be in place at veterinary schools worldwide by the year 2007.

---

The seminar is open and free to the public. A donation of $25 per attendee is suggested to support the educational programs of Homecoming Farm, Inc. For VIP reservations or further info contact Betsy Erickson at 508-540-6465

## PROJECT DEVELOPMENTS

* **Equine Rescue and Shelter Facility Development and Empowerment**

* **Veterinary Student and Faculty Practicum Training in Equine Physical Medicine and Rehabilitation**

* **Creating an AVMA Specialty Board in Veterinary Medicine for Physical Medicine, Rehabilitation, and Sports Medicine**

* **Physical Therapist Post Graduate Training in Animal Physical Therapy**

* **Animal Assistance in Global Crisis Areas and Third World Countries**

* **Research Projects in Equine Sports Medicine and Rehabilitation**

## ONGOING PROJECTS

As the only veterinarian to complete a full fellowship in Physical Medicine and Rehabilitation, Dr. Lyons is asked to consult on many unique cases involving veterinary rehabilitation.

*Kenya-* Vaccination program for domestic dogs to help prevent the spread of canine distemper to lions in the face of an epidemic that threatened the indigenous lion population to near extinction. The project was successful and the epidemic was arrested. *Kenya-* A veterinary surgeon went to help set up a clean surgical room for large animals at the veterinary school in Nairobi. The surgeon made several trips back to continue education and services. Homecoming Farm, Inc donated all services and supplies.

*Kenya-* Consulting services in veterinary rehabilitation offered to rescue center in Nairobi adjacent National Park in the rehab care of orphaned elephants due to ongoing poaching of adults. Following extensive care these animals are released in "safe" areas as soon as they can lead independent lives.

*England-* Money was sent to pay direct cost of feeding farm animals that were not allowed out to pasture, even in non-endemic areas (to try to arrest the spread of disease) in the wake of the recent Foot & Mouth disease outbreak. Farmers did not have sufficient supplies of feed stored as they had anticipated the return of their animals to pasture. The suicide rate of farmers affected by this crisis was tremendous. Homecoming Farm raised money to help the farmers feed their animals until other relief could be secured.

*Afghanistan-* Money has been sent to a veterinary and animal supplies company (Gulf Veterinary Center) to help purchase and secure delivery of feed and basic supplies to animals affected by recent events. Animals and veterinary medicine will be critical in the restructuring and rebuilding of that society.

*Spay/neuter programs-* Homecoming Farm, Inc. helps to secure low cost spay/neuter and vaccinate services for small animals that are often "dumped" at equine rescue centers that Dr. Lyons offers free services to. When necessary Homecoming Farm Inc. will cover the cost of these services and helps liaise with local veterinary practices for low cost services, until the shelter can identify funding sources locally. All animals are put into foster homes until adopted into private homes.

# Homecoming Farm, Inc.

a 501c3 nonprofit organization created to bring together experts from the human and veterinary medical and general sciences professions to establish a newly recognized specialty field in Veterinary Sports Medicine and Rehabilitation to benefit all animals.



**Sheila Lyons PhD, DVM**

21 Augusta Avenue
Brockton, MA 02301
508-857-1934

www.homecomingfarm.com

# General History

Case 1:11-cv-12192-WGY   Document 25-11   Filed 08/28/12   Page 4 of 4

**Dr. Sheila Lyons,** the founder and president of Homecoming Farm, Inc., earned her PhD in Elementary Particle and Laser Physics in 1981, and her DVM from Tufts University School of Veterinary Medicine in 1985

An extensive background with horses enabled her to quickly develop a successful elite Sports Medicine Practice working with horses in Florida, New York, Kentucky and California. Dr. Lyons' clients sought the best veterinary care for their horses through consult with veterinary teaching hospitals and other experts in this field. But the practice experience was not fully rewarding, as many horses suffering from even minor over-use injuries could not fully recover.

Dr. Lyons took a sabbatical from private practice and undertook post-doctoral specialty training in Physical Medicine and Rehabilitation in human medicine, as this specialty field had not yet developed for veterinarians. She partnered with physicians and physiotherapists to begin developing rehabilitation protocols for horses.

**This project-** *The Equine Excellence Initiative* was the first organized and controlled study of effective veterinary rehabilitation and began at her farm in 1989, then located in New Hampshire (it is no longer owned). The non-profit organization was formed in 1992 to help support this early research. Horses were taken in at no cost to their owners. They were patients that had been given up on by traditional veterinary medicine. Horses were referred by teaching hospitals and private practices. Results were dramatic. Many horses had been signed off on for mortality insurance purposes. One such horse recovered so well that he competed successfully in the Olympics.

At this point Dr. Lyons needed to find many horses with similar musculo-skeletal problems in order to gain more experience and to refine treatment protocols. She began partnering with Equine Rescue Shelters offering the specialized care and education to staff members at no cost. Again, the results were wonderful. Many horses that had been considered permanent "shelter residents" due to chronic injury were able to recover well enough to be placed in private companion-type homes as their comfort level improved and care needs diminished. Sadly, another finding at this time was that more often than not equine rescue shelters were actually inadvertently abusing these animals. The horses had special needs and required individual care and intensive veterinary attention (usually the reason for abandonment or neglect). Most shelters had neither the highly skilled staff nor the funding necessary to offer the required care. This led to Dr. Lyons developing care and policy guidelines for equine shelters in conjunction with members from National Humane Organizations. Foundations and individuals rely on her site visits to ensure funding of responsible and humane programs only. She has performed evaluations of more than 100 shelters in the ensuing years and if the groups improve their care standards she offers free ongoing consulting services and also donates all veterinary supplies and pharmaceuticals needed by her patients.

**Homecoming Farm, Inc.** also took in students of all types to teach the special skills involved in this care. It began as a program that required an owner or groom to come to the rehabilitation farm to learn skills necessary for the patient's continued recovery before it would be released back into the original stable so that the problem did not recur. Very often, the care and management and subsequent health and well being of all the horses at this stable would improve, demonstrating the great value of teaching horsemen the basic skills involved as well. Most injuries can be prevented by these techniques. Owners' seminars were then developed and offered worldwide.

**The veterinary educational programs** developed next, and Dr. Lyons began lecturing at veterinary colleges and conferences. Now, ten years following the initial success based on a small number of horses, Dr. Lyons is poised to create a new specialty for veterinarians, physiotherapists, and horsemen in this emerging field. She is a founding member of a committee that will oorganize post-doctoral fellowship programs and examination procedures for veterinarians who wish to become board specialized in this new veterinary field. All animals including dogs, cats, exotic, and wildlife will be included in this specialty research and service. This new board- The American College of Veterinary Sports Medicine and Rehabilitation (ACVSMR) will be separately incorporated but will continue to be a project of Homecoming Farm, Inc. until it is fully independent in its aadministration, advisory board and fundraising abilities.

**A course in** *Animal Shelter Medicine* is being developed in cooperation with other veterinary experts. The lectures and course material developed for Equine Shelter Medicine is especially important as most horses become shelter residents because they have challenging medical problems, as opposed to the primary overpopulation we encounter with dogs and cats. Veterinary Schools are eager to offer these courses.

**The current focus of Homecoming Farm, Inc.** is to pull all of these needs in service, research, and education together. The comprehensive *Veterinary Project Equine Shelters* will accomplish this goal with a multitude of purpose. Working together to satisfy all related needs and organizing a structure that looks toward the future will create a wonderful change for animals of all species, as it will invite all veterinarians to join in this work. Many new skilled jobs will be created through the creation of this new field.

**Homecoming Farm, Inc.** has taken the leadership role in these developments. We anticipate that this project will become independent approximately five years after the initial structure is in place as new boards, associations, foundations and programs develop that are dedicated to this work on local and regional levels.

**Dr. Lyons** founded a committee of veterinary experts from the USA who have begun the process of developing a new AVMA recognized veterinary specialty in Veterinary Sports Medicine and Rehabilitation. They have begun the process to develop curriculum and examination procedures and programs so that all qualified veterinarians can become experts in this emerging field. A new foundation will be created to support this effort and will fund programs dedicated to this work through grants. An endowment is now being created for this purpose. Post-doctoral fellowship and residency programs are expected to be in place at veterinary schools worldwide in approximately 3 years (2007).