# EXHIBIT L

# Homecoming Farm, Inc.

Dr. Sheila Lyons

President

and

Founder

Homecoming Farm, Inc

*a non-profit 501c3 organization*

*mailing address :*

21 Augusta Avenue

Brockton, MA

02301 USA

homecomingfarm2@attbi.com

Preventive Methods In

Equine Sports Medicine

Biomechanics and Rehabilitation

Page 1 Page 2 Page 3 Page 4





Dr. Sheila Lyons earned her PhD in Elementary Particle and Laser Physics in 1981, and her DVM from Tufts University School of Veterinary Medicine in 1985.

She completed a 3 year fellowship in Physical Medicine and Rehabilitation in Human Medicine and invited expert physicians to help develop the initial protocols for research and care of injured horses treated at her research center in New England.

In 1989 Dr. Lyons created Homecoming Farm, Inc., a 501c3 non profit organization. The board of directors and advisors brings together experts in Sports Medicine, Physical Medicine, Rehabilitation and Biomechanics from the human health care and general sciences professions.

Dr. Lyons is a founding member of a new committee of veterinary experts who will establish guidelines for the establishment of Sports Medicine and Rehabilitation as recognized specialty areas in Veterinary Medicine.

Homecoming Farm, Inc. was established to research and develop techniques for the successful rehabilitation of equine athletes and to develop protocols for the prevention of musculoskeletal injury in horses and to improve athletic performance

Page 1 Page 2 Page 3 Page 4



# Homecoming Farm Accomplishments

EDUCATION

- 1) Developed educational programs for paraprofessionals who work as "health care managers" in sport horse centers
- 2) Created guidelines for post doctoral fellowship programs for veterinarians in Physical Medicine, Rehabilitation, and Sports Medicine which parallel programs currently in place in human medicine in these specialty fields
- 3) Advisor to Veterinary Boards in the USA for the establishment of educational standards and guidelines for licensing of physical therapists to work in veterinary medicine

RESEARCH

1. 1) Developed a mathematical model of the applied anatomy of the horse
2. 2) Developed hoof trimming techniques based on this model to establish ideal biomechanics for each horse which facilitates whole horse recovery, optimizes performance and prevents future overuse injury
3. 3) Currently developing a similar model for human biomechanics
4. 4) 10 years of clinical research in the application and development of physical therapy techniques used in muscaloskeletal evaluation and rehabili
5. 

SERVICES

- 1) Biomechanics, sports medicine, and rehabilitation research, teaching, and clinical consulting services
- 2) Consultant for private sport horse stables in injury prevention, sports medicine, biomechanics and rehabilitation
- 3) Provides expert care at no cost and organizes veterinary student internships at equine rescue centers in the USA and established guidelines for health care and general management for these groups

Page 1 | Page 2 | Page 3 | Page 4

Thanks
for
visiting
Dr. Sheila Lyons
homecomingfarm2@attbi.com
Page 1
Page 2
Page 3
Page 4

