UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SHEILA LYONS, DVM and HOMECOMING FARM, INC., | ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 11-CV-12192-WGY |
| ROBERT GILLETTE, THE BOARD OF DIRECTORS OF THE AMERICAN COLLEGE OF VETERINARY SPORTS MEDICINE AND REHABILITATION, INC., and THE AMERICAN VETERINARY MEDICAL ASSOCIATION, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

## MOTION TO STRIKE CERTAIN PARAGARPHS AND EXHIBITS FROM DEFENDANT'S COUNTERCLAIM PURSUANT TO Fed. R. Civ. P. 11 AND 12(f)

Pursuant to Rules 11 and 12(f) of the Federal Rules of Civil Procedure, the plaintiffs hereby move to strike Paragraphs 24, 33, 34, 35, 39, 40, 44, 50, 54, 55, 56, 68, 75, 76 and exhibits C, D, E, H, I, K, L, and N of the defendant's counterclaim on the grounds that they are false, redundant, impertinent, immaterial, defamatory and scandalous and are based entirely upon exhibits which are not genuine, are obviously fabricated and inadmissible and have all been included in the defendant's counterclaim for an improper ends. In support thereof, the plaintiffs submit and incorporate by reference Exhibits A through G as well as the supporting memorandum of law filed simultaneously herewith.

WHEREFORE, the plaintiffs respectfully request that this Court enter an order striking Paragraphs 24, 33, 34, 35, 39, 40, 44, 50, 54, 55, 56, 68, 75. 76 and exhibits C, D, E, H, I, K, L, and N of the defendant's counterclaim.

Respectfully submitted,
The Plaintiffs,
By their attorneys,

| | |
|---|---|
| Camille F. Sarrouf /s/ | Stephen J. Lyons /s/ |
| _____ | _____ |
| Camille F. Sarrouf (BBO #442440) | Stephen J. Lyons (BBO #309840) |
| SARROUF LAW, LLP | KLIEMAN & LYONS |
| 115 Broad Street, 4TH Floor | 115 Broad Street, 4TH Floor |
| Boston, MA 02110 | Boston, MA 02110 |
| Telephone: 617-227-5800 | Telephone: 617-443-1000 |
| cfs@sarrouflaw.com | sjlyons@kliemanlyons.com |

Dated: September 17, 2012

CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of September, 2012, the foregoing document was electronically filed and served upon all parties of record via the Case Management/Electronic Case Filing (CM/ECF) system.

    /s/ Stephen J. Lyons
_____
Stephen J. Lyons