**<u>Exhibit B</u>**

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK COUNTY

BOARD OF REGISTRATION IN
VETERINARY MEDICINE

_____
                                )
In the Matter of                )      Docket No. VT-05-046
SHEILA LYONS                     )
Unlicensed                       )
                                )
_____)

### AFFIDAVIT OF NATHAN MCBRIDE

I, Nathan McBride, on oath depose and say as follows:

1.      I am a resident of Stow, Massachusetts and am 34 years of age.  I am currently the Senior Director of IT at AMAG Pharmaceuticals in Cambridge,. Massachusetts.   I make this affidavit in support of the testimony of the Respondent, Sheila Lyons, DVM, in the above referenced matter.    The statements made by me in this affidavit are based upon my personal knowledge unless specifically stated to be based upon information and belief and in such case I believe them to be true.  All of the opinions I express herein are held by me to a reasonable degree of scientific certainty.

2.      I am an information technology consultant by profession. My background in technology is comprehensive going back almost 16 years.  During that time I have held several key support and leadership roles in Information

Technology departments.  In that time, I have worked on and supported many major computer operating systems and standard enterprise application suites such as Microsoft Office and Adobe Acrobat.  Further, my experience in technical support has given me opportunities to work with and support applications relevant to this case for almost the entire duration of my experience tenure.  I have worked with and extensively supported the following email environments:

 PINE, Eudora, AOL, Brightmail, FirstClass, Entourage, Webmail, Outlook, Thunderbird, Netscape Messenger, iPlanet, Opera, Mac Mail, Gmail, Hotmail, Yahoo Mail, and LotusMail.  In addition, it has been my responsibility to ensure that communication between individuals either internal to an organization or to and from an organization with external partners goes uninterrupted.  In ensuring that line of communication continues unhindered, I have come to understand both through the act of supporting and through the act of education that email clients throughout time and across the globe follow the same simple formatting features when communicating, regardless of their user interface.


3.      I have been retained by the law firm of Klieman, Lyons, Schindler & Gross on behalf of Doctor Sheila Lyons regarding a proceeding with the Massachusetts Board of Registration in Veterinary Medicine.  The purpose of my retention was to review certain documents for the purpose of determining whether these documents, which purport to be e-mail communications between Ellin Asack (Phototake1@aol.com) and Doctor Sheila Lyons (castleton2b@comcast.net), are genuine.  Specifically, I have been asked to

examine and render an opinion regarding the formatting of these purported e-mail communications and whether the formatting characteristics they exhibit are supported by the AOL e-mails system or any other known e-mail system.  As will be described below, it is my opinion that the document attached to this affidavit as Exhibit A is genuine and that the documents attached hereto as Exhibits B through M, as well as any and all other documents which share the formatting characteristics of these documents, have been altered and are not genuine and represent considerable fabrications.

4.    I began my analysis of these documents by examining each document for certain formatting characteristics which are common to all e-mail communications.  In addition to certain e-mail body characteristics adopted by all email clients, I also analyzed the headers of the e-mails.  E-mail headers for the e-mail clients in question defer to the MIME 1.0 standard for header address classification.  The MIME 1.0 standard is a universally adopted e-mail standard (no e-mail goes anywhere in the world without using MIME) which controls bi-directionally, the flow of all e-mail in the world based upon the information contained in the "header" of the e-mail.  The formatting characteristics I focused upon included the presence (or absence of) automatic headers identifying the sender, receiver, date, time and subject of the e-mail) as well as standard formatting characteristics such as indenting, font and spacing.  I also compared the text of the documents.

5.     A comparison of the these e-mails revealed certain important differences between the document identified in Exhibit A as a genuine e-mail communication from Ellin Asack at <u>Phototake1@aol.com</u> and the questioned non-identical copies of this e-mail identified in Exhibits B and C from castleton2b@comcast.net.

6.     Exhibit A, which is a scan from the printout from the computer,  of the recipient, Sheila Lyons, shows all the characteristics of a properly formatted email.   Starting with the header, the "From:" line indicates a proper MIME convention which follows the "Contact Name [mailto: contact address]" format noted in RFC2822 (http://www.rfc.net/rfc2822.html).   This would indicate that Sheila Lyons has in her Contacts list/Address Book, a record of this email address.  The "Sent:" line depicts a common adaptation used by many popular e-mail clients showing an adaptation of the ISO 8601 Date and Time Standard. The "To:" line follows the common To: convention noted in RFC2822 which simply shows the recipients email address.   Some email clients will also show you the same MIME convention depicted in the "From:" line if the sender has given a special nickname or group name to the recipient.  Lastly, the "Subject:" line depicts the fact that this statement was a reply to a previous email and is not the original email in this thread also based on RFC2822 conventions.  The body of   the   email   follows   the   W3   convention   for   threading (http://www.w3.org/TR/1998/NOTE-HTMLThreading-0105).  This convention was established, (along with the MIME 1.0 convention) to ensure that emails around

the world, regardless of client-side application used to view or render them, could read them and that email threads could be layered in such a way that one could follow the conversation as each subsequent reply resulted in a further indentation of the previous emails.  This email depicts a body which is entirely left indented and uses ASCII text in the Plain-Text format to render itself. These are standard email conventions.

7.      Exhibit B depicts an email that has significant formatting irregularities in the body which would have had to have been manually entered as the AOL 6.x to 9.x versions include no such features as the ability to inject a person's name automatically as an object into a paragraph.  Further, it is seen at the end of the first page that there is an italicized, bolded paragraph which is out-dented beyond the left hand margin as noted by the frame box surrounding the header at the top of the page.  This indicates a manual modification per the threading guidelines discussed in Part 6 of this document.  Further, as previously stated, the injection of a person's name, in this case indicated by names in brackets i.e, "[Dr. Sheila Lyons]", is not an automatic function of any AOL version.   In fact, there is no e-mail client which exists today, which will automatically inject a person's name into the body of an email, unless it is done in the threading convention whereby, in a reply, the reply will note a full reply string such as "On June 24th, 2004, Sender wrote:" and then it would only appear once at the top of the reply.  Lastly, the very last line of Exhibit B, which shows an injected name again, is formatted in italic, Times New Roman font which is at

least one size larger than the rest of the body of this email.  This would further indicate manual alteration of the e-mail document.

8.   Exhibit B did show one possible true characteristic of AOL which is the fact that an AOL header does show the line "Sent from the Internet (Details)".  If one were to click on the word "Details" in that line, they would be shown the full MIME header.  However, what we see in Exhibit C is not a header that one would see in any AOL version.   Further, if "Dr. Sheila Lyons" was an entry in the claimant's address book, her name would have also appeared automatically in the "From:" line in Exhibit B, which it does not.  In Exhibit B it simply states the e-mail address "castleton2b@comcast.net" which would indicate that the e-mail address was not listed in the claimant's address book.  In addition, we see in Exhibit C the same characteristic that we see in Exhibit B which is that there are not only incorrect levels of indenting intermixed with the body of the document but that there is the absence of a reply or forward thread indicator which is usually indicated by a ">" or a "|" on the left side of the page to indicate an original email.  These are both common characteristics in all major e-mail clients including AOL.

9.      Exhibit D has a uniquely truncated header that is not available among common e-mail clients including AOL.  AOL clients always show the "From:" in the message header whether in client or web based view.  Exhibit E also shows a similar characteristic.

10.     Exhibit F has characteristics that also identify it as a tampered document.   There is the injection of the bracketed name in the second paragraph.   There is also a single indent for the entire body of text.   This indicates that this email is either a reply or forward.   Looking at the Subject line shows us that this is a reply based on the "RE:" indicator.   If this is truly a reply, then there would be text somewhere in the email that would have a left indent which matched up with the indent of the header box.   There is no text that does line up which indicates the manual omission of that text.

11.     Exhibits G, H, I, J and K all have the insertion of bracketed text "[Dr. Sheila Lyons]" which, as mentioned above, is a manual insertion of text into a document and is not automatically populated by the AOL e-mail client whether web based or not.

12.     In summary, therefore, based upon the foregoing analysis and findings, and based upon my experience, education and training in computer science technologies, it is my opinion, which I hold to a reasonable degree of technical certainty, that the document attached hereto as Exhibit "A" is a genuine copy of an authentic e-mail communication from Phototake1@aol.com sent on Friday, June 11, 2004 at 7:59 p.m. to castleton2b@comcast.net.   It is also my opinion that the documents attached as Exhibits "B through K" which purport to be   e-mail   communications   between   castleton2b@comcast.net   and Phototake1@aol.com are not genuine and have in fact been substantially altered.   It is my further opinion that any and all e-mails which reflect the same

formatting characteristics as to the use of headers, font, spacing, the quoting of an individual as the object in a paragraph and left indenting all of which are discussed above are also not genuine and represent substantial fabrications.

SIGNED this 10th day of June, 2008 under the pains and penalties of perjury.

_____

Nathan McBride

COMMONWEALTH OF MASSACHUSETTS

On this /0 day of June, 2008, before me, the undersigned notary public, personally appeared Nathan McBride, proved to me through satisfactory evidence of identification, which was a Massachusetts issued driver's license, to be the person whose name is signed above on the attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Notary Public

KATHRYN M. MARKHAM
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 21, 2010

My Commission Expires:_____

**Exhibit A**

-----Original Message-----
From: Phototake1@aol.com [mailto:Phototake1@aol.com]
Sent: Friday, June 11, 2004 7:59 PM
To: castleton2b@comcast.net
Subject: Re: the seminar and B&E


That's right! From my point of view, until things change at the most
fundamental level  no animal rights group, no animal welfare group, no
special interest group, no postdoctoral program and no amount of $$$ is
going to effect and sustain the kind of major overhaul that is needed.
Not until the silence is broken in this - the worst, most secretive and
misperceived profession will the efforts of all of the above bear
fruit.
True, proof abounds that it does not work to raise the status of
animals without first raising the level of care we can provide them .
Trying to raise that bar one student at a time...!!!????????? This
would take many lifetimes to make any significant difference to the
world at large - Even with the backing of the millions of people who
are already funding and fighting for the wrong first cause everyday.
The quickest most efficient way to get the big picture to play on the
screen once and for all is to rewind and start the show from the
beginning. The silence needs to be broken across the globe!! This calls
for full Exposure in a directly confrontational manner from a purely
educational motive with a high degree of diplomacy thrown into the mix.
The public needs to hear the whole truth (not just the small tidbits
they got during the Tufts controversy), the medical and scientific
community needs to learn what a DVM degree actually translates to
- a license to torture animals and mislead and steal from the public
who love them and protect them, this is not as difficult as it sounds,
but it will take compromise and a focussed effort between all of the
above - bridging the science / psychology gap. What makes it not so
difficult is the media - get the fire started and blazing in the right
place and there is no question it will get the oxygen it needs to level
the playing field.

Glad you mentioned HCF to Tara - I wondered at Benjamin's why you did
not go there.

OK - all you say about Josh now I wish you had said in the beginning -
I have not been through this with the farriers as you have and know
that both they and the vets should be begging and paying you for this -
I am gaining an understanding of how hard it is for you to see this and
do agree that it is 100% my responsibility to find someone who will
take this on if possible. I simply did not know even that this learning
opportunity was a possibility maybe I missed something somewhere? I was
thinking that at least with Josh we know what we have top work with and
especially you know how bad his work is - we won't know that about
someone else without seeing the horses they are trimming. And I tend to
believe that Josh's work is typical of all of Cape Cod. I've had many
of them here over the years and most have been much worse than Josh -
I'll show the pictures of Nicks work sometime. None of the other
farriers here will even return my phone calls.

Perhaps I feel like I'm not getting a direct answer on some things because I'm not asking a direct enough question. Are you saying that you have the time and incentive to do something more with Dr. Cesar (and these farriers I might be able to find) beyond working and finishing up your farrier work with Bayou and Ellie? You really have not been specific about this. It was my impression that on the last trim you would spend time teaching whatever farrier or vet was available along with Betsy and I how to keep them up and then hope that we could when you are out of the picture, but I never considered an option for anything beyond that. I thought the most I could hope for in the absence of a vet and farrier was that I could learn at least enough to keep them up when both you and Betsy are both out of the picture. So I was a little encouraged to find Dr. Cesar and Josh at the talk. Did I miss something?

Also, like I said before I do not understand how this is working. One fundraiser - aprox $3800.00 and 5 days of your time plus two of Jane's does not add up even though I know this was not even payment for services but help for Homecoming Farms projects. I cannot afford even one minute of your time - you know that - I need to know how this makes sense to you. I might be missing something here too.

You need to know that I'm not disappearing. I want the upheaval to happen ASAP or at least in my lifetime and so I'm not going to ever stop starting fires. That is my agenda period- nothing I do to help HCF or any other depends on what will be done for me or my animals. We will get what we need I trust that, in turn this is what keeps us from falling prey to the agendas of others.

**Exhibit B**

| Subj: | **FW: the seminar and B&E** |
| Date: | 6/12/2004 11:26:42 AM Eastern Standard Time |
| From: | castleton2b@comcast.net |
| To: | Phototake1@aol.com |
| *Sent from the Internet (Details)* | |

*[Dr. Sheila Lyons]* Actually you can change this by aiming at the students and creating new educational programs.  Get the intro into vet schools of the whole different approach and the post doc programs for them to pick up with when they get to that point.  I have great success with them but it is hugely expensive.  This way we get the changes first by dozens, then in hundreds.  And the students for the most part really want to do the right thing.  It does not take too many individuals doing things much better before everyone else must change.  What the established cavemen practices will do is simply hire these graduates rather than change themselves.  It has worked.  The other element that must change is who owns horses and what is expected of them.  Your initial total lack of knowledge and experience led you to acquire horses of a breed that should be abolished for the man-made handicaps they select for genetically; you were nearly killed; and your lack of horsemanship kept you from seeing how bad Josh's work was.  Your professionals too but regions generally get what they support.  I suspect that beneath the surface Cape Cod wants good professionals but they don't want to be told the truths I tell.  Or change the way they ride, manage, $$$$$ spent, "rescue horses" etc.  Even just on this trim issue.  Every horse trimmed every 2 weeks at a minimum of $100 per trim.  Would they do this?  Even if to THEIR eye it could go 3 or 4 weeks?  Would they do a long slow conditioning of even pleasure horses so they don't even trot them for 30 days of initial conditioning?  Doubt it.  So if the "right way" were ever enforced, it would be like NYCity when pooper scooper laws came in- thousands of "beloved pets" dumped at the shelters.  I love my dog, but.....not "like that".

Glad you suggested HCF to Tara - I wondered at Benjamin's why you did not go there.

*[Dr. Sheila Lyons] She had enough on her agenda and just mentioned the horse issue.  If she had gone public with that her consequences would have been much worse.  I respected that choice since she clearly knew of the issue (I raised it in my initial correspondence with her)*

OK - all you say about Josh now I wish you had said in the beginning - I have not been through this with the farriers as you have and know that both they and the vets should be begging and paying you for this - I am gaining an understanding of how hard it is for you to see this and do agree that it is 100% my responsibility to find someone who will take this on if possible. I simply did not know even that this learning opportunity was a possibility (as you describe it in your last email)- maybe I missed something somewhere? I was thinking that at least with Josh we know what we have top work with and especially you know how bad his work is - we won't know that about someone else without seeing the horses they are trimming. And I tend to believe that Josh's work is typical of all of Cape Cod. I've had many of them here over the years and most have been much worse than Josh - I'll show the pictures of Nicks work sometime.

*[Dr. Sheila Lyons] I tested Josh. The stop watch started at the end of the talk. He is in the lowest potential group now, not only due to lack of skill but by avoiding me. The calls to you that missed me were not sincere. He saw that his work was the sole thing causing great suffering and constant concern from you (everyone else seemed to see this). Whether he believes he is doing an ideal job based on traditional farriery (the out I gave him although not strictly true) or if he is concerned that his work is worse, his reaction was all I cared about. He fails. No contact. Many farriers have absolutely hounded me sending pages and pages of emotional, angry, pleading, fearful, hopeful, letters that show an awakening of consciousness. He is silent. Nine people from that seminar have managed to contact me- several by both phone and email. Many several times until I managed a response. Nothing from Josh. All I really need to know. His skill level is awful and knowledge even less but I can work with that if it is countered by extreme motivation to change. He shows none at least to me. I will show him how to maintain the trim but if he does not make the effort to fully understand all I presented he will not be able to. Students, whether experienced vets or beginner grooms must offer me all of their attachment to their sense that they know what is right/wrong. If they freely offer me this, I can teach them. If they cling to the notion that they know a lot but just need a few extra "details" from me, they always fail. Again, why I target students.*

*I am not offering much time to any farrier or Dr. Cesar and don't need to. But they must offer this to their own learning. I know how to teach this effectively. Most of it is self study. I would meet with her, go over the hoof pick exam, the photos again and then she would have to take that and*

*examine every horse she comes across with this technique. About 250 horses later (1000 very different feet) she would be in a position to perhaps know how to evaluate, and by then I would meet again and go over some of her patients with her to evaluate her understanding. Then she would be ready to review in detail what I did to B&E. Etc....... So very little time is needed from me at first for them to make HUGE progress. Comes from them, not me- just the basics and guidance on how to learn. The horses will teach them, not me. Also why I link with rescues. Lots of long suffering horses standing around. Students examine every horse (hoof pick), every hoof, every day. Then they trim just one which can take them a month to get all 4 feet generally done.*

Perhaps I feel like I'm not getting a direct answer on some things because I'm not asking a direct enough question. Are you saying that you have the time and incentive to do something more with Dr. Cesar (and these farriers I might be able to find) beyond working and finishing up with Bayou and Ellie? You really have not been specific about this. It was my impression that on the last trim you would spend time teaching whatever farrier or vet was available along with Betsy and I how to keep them up and then hope that we could when you are out of the picture, but I never considered an option for anything beyond that. I thought the most I could hope for in the absence of a vet and farrier was that I could learn at least enough to keep them up when both you and Betsy are both out of the picture. So I was a little encouraged to find Dr. Cesar and Josh at the talk. Did I miss something?

Also, like I said before I do not understand how this is working. One fundraiser - aprox $3800.00 and 5 days of your time plus two of Jane's does not add up. *[Dr. Sheila Lyons]You are right, it doesn't. This has cost me/HCFarm over 10K just so far in lost wages plus travel back from KY to do 2nd trim. But this whole mission has not "made sense". I am motivated to help horses and responsible people.* I cannot afford even one minute of your time - you know that - I need to know how this makes sense to you. I might be missing something here too. Also, we have talked about another seminar with Pegasus etc.. , but never really firmed that up either. Maybe a good idea for a little role defining because I simply don't understand what you mean by your role as the attending or what you expect from me.

*Dr. Sheila Lyons] Attending just means for these B&E issues I required full control of all management/vet/farrier. I did not just "come to trim feet" but fully evaluated whole needs and organized what I could (Jane/me). I can only offer the next trim which could require them to come to Brockton.*

After that I may call/email you on one day notice to say I am stopping
through MA overnight and will arrive at 9AM to examine/trim. Your farrier
would be expected to be there and be excited for that last second
opportunity. One such farrier canceled his trip to the World
Championships instantly because he heard I would be around and he
hoped he could meet up/work with me. He never even told me that-
someone else did- so there was no whining, he acted like he had that time
off anyway.

Next seminar if Jane is involved would require much more $$. To get her
over, hotel, etc we are looking at a baseline cost of nearly $4000. Then
seminar costs, so unless we could raise a minimum of $10K up front, it is
not really worth it. I can do a talk about the specialty and vet student
programs but people want to learn things to help their animals, not just of
my long range plans. No expectations from you. Help in any way you are
motivated to. There never were any. Everyone who is considerate always
says they only hoped I would offer an "email consult/opinion" but with
what you have learned so far, you know this achieves nothing. Either I get
involved big time or the horses suffer until they are eventually euthanized
or sent for life long suffering to an equine rescue group that knows no
more than you and has less $$. Not pretty. I would not have offered if you
had riding horses because it involves so much more. When I saw your
photos, x-rays and vet reports I knew B&E had this certain future. And I am
honest so in so many words I would have told you that. Also that I could
fix each, but wouldn't/couldn't. That is a very heavy burden. I always
choose to my own detriment which is why my life is as it is. But strictly by
my choice- you had nothing to do with that.

You need to know that I'm not disappearing. I want the upheaval to happen
ASAP or at least in my lifetime and so I'm not going to ever stop starting
fires. That is my agenda period- nothing I do to help HCF or any other
depends on what will be done for me or my animals. We will get what we
need I trust that, in turn this is what keeps us from falling prey to the
agendas of others.

*[Dr. Sheila Lyons] Hope so.*

**Exhibit C**

| | |
|---|---|
| **From:** | dr. sheila lyons |
| **Sent:** | Saturday, June 12, 2004 11:26 AM |
| **To:** | Phototake1@aol.com |
| **Subject:** | FW: the seminar and B&E |

*[Dr. Sheila Lyons]* Actually you can change this by aiming at the students and creating new educational programs. Get the intro into vet schools of the whole different approach and the post doc programs for them to pick up with when they get to that point. I have great success with them but it is hugely expensive. This way we get the changes first by dozens, then in hundreds. And the students for the most part really want to do the right thing. It does not take too many individuals doing things much better before everyone else must change. What the established cavemen practices will do is simply hire these graduates rather than change themselves. It has worked. The other element that must change is who owns horses and what is expected of them. Your initial total lack of knowledge and experience led you to acquire horses of a breed that should be abolished for the man-made handicaps they select for genetically; you were nearly killed; and your lack of horsemanship kept you from seeing how bad Josh's work was. Your professionals too but regions generally get what they support. I suspect that beneath the surface Cape Cod wants good professionals but they don't want to be told the truths I tell. Or change the way they ride, manage, $$$$$ spent, "rescue horses" etc. Even just on this trim issue. Every horse trimmed every 2 weeks at a minimum of $100 per trim. Would they do this? Even if to THEIR eye it could go 3 or 4 weeks? Would they do a long slow conditioning of even pleasure horses so they don't even trot them for 30 days of initial conditioning? Doubt it. So if the "right way" were ever enforced, it would be like NYCity when pooper scooper laws came in- thousands of "beloved pets" dumped at the shelters. I love my dog, but.....not "like that".

Glad you suggested HCF to Tara - I wondered at Benjamin's why you did not go there.

*[Dr. Sheila Lyons]* She had enough on her agenda and just mentioned the horse issue. If she had gone public with that her consequences would have been much worse. I respected that choice since she clearly knew of the issue (I raised it in my initial correspondence with her)

OK - all you say about Josh now I wish you had said in the beginning - I have not been through this with the farriers as you have and know that both they and the vets should be begging and paying you for this - I am gaining an understanding of how hard it is for you to see this and do agree that it is 100% my responsibility to find someone who will take this on if possible. I simply did not know even that this learning opportunity was a possibility (as you describe it in your last email)- maybe I missed something somewhere? I was thinking that at least with Josh we know what we have top work with and especially you know how bad his work is - we won't know that about someone else without seeing the horses they are trimming. And I tend to believe that Josh's work is typical of all of Cape Cod. I've had many of them here over the years and most have been much worse than Josh - I'll show the pictures of Nicks work sometime.

*[Dr. Sheila Lyons]* I tested Josh. The stop watch started at the end of the talk. He is in the lowest potential group now, not only due to lack of skill but by avoiding me. The calls to you that missed me were not sincere. He saw that his work was the sole thing causing great suffering and constant concern from you (everyone else seemed to see this). Whether he believes he is doing an ideal job based on traditional farriery (the out I gave him although not strictly true) or if he is concerned that his work is worse, his reaction was all I cared about. He fails. No contact. Many farriers have absolutely hounded me sending pages and pages of emotional, angry, pleading, fearful, hopeful, letters that show an awakening of consciousness. He is silent. Nine people from that seminar have managed to contact me- several by both phone and email. Many several times until I managed a response. Nothing from Josh. All I really need to know. His skill level is awful and knowledge even less but I can work with that if it is countered by extreme motivation to change. He shows none at least to me. I will show him how to maintain the trim but if he does not make the effort to fully understand all I presented he will not be able to. Students, whether experienced vets or beginner grooms must offer me all of their attachment to their sense that they know what is right/wrong. If they freely offer me this, I can teach them. If they cling to the notion that they know a lot but just need a few extra "details" from me, they always fail. Again, why I target students. I am not offering much time to any farrier or Dr. Cesar and don't need to. But they must offer this to their own learning. I know how to teach this effectively. Most of it is self study. I would meet with her, go over the hoof pick exam, the photos again and then she would have to take that and examine every horse she comes across with this technique. About 250 horses later (1000 very different feet) she would be in a position to perhaps know how to evaluate, and by then I would meet again and go over some of her patients with her to evaluate her understanding. Then she would be ready to review in detail what I did to B&E. Etc........ So very little time is needed from me at first for them to make HUGE progress. Comes from them, not me- just the basics and guidance on how to learn. The horses will teach them, not me. Also why I link with rescues. Lots of long suffering horses standing around. Students examine every horse (hoof pick), every hoof, every day. Then they trim just one which can take them a

*month to get all 4 feet generally done.*

Perhaps I feel like I'm not getting a direct answer on some things because I'm not asking a direct enough question. Are you saying that you have the time and incentive to do something more with Dr. Cesar (and these farriers I might be able to find) beyond working and finishing up with Bayou and Ellie? You really have not been specific about this. It was my impression that on the last trim you would spend time teaching whatever farrier or vet was available along with Betsy and I how to keep them up and then hope that we could when you are out of the picture, but I never considered an option for anything beyond that. I thought the most I could hope for in the absence of a vet and farrier was that I could learn at least enough to keep them up when both you and Betsy are both out of the picture. So I was a little encouraged to find Dr. Cesar and Josh at the talk. Did I miss something?

Also, like I said before I do not understand how this is working. One fundraiser - aprox $3800.00 and 5 days of your time plus two of Jane's does not add up. *[Dr. Sheila Lyons]You are right, it doesn't. This has cost me/HCFarm over 10K just so far in lost wages plus travel back from KY to do 2nd trip. But this whole mission has not "made sense". I am motivated to help horses and responsible people.* I cannot afford even one minute of your time - you know that – I need to know how this makes sense to you. I might be missing something here too. Also, we have talked about another seminar with Pegasus etc.. , but never really firmed that up either. Maybe a good idea for a little role defining because I simply don't understand what you mean by your role as the attending or what you expect from me.

*[Dr. Sheila Lyons] Attending just means for these B&E issues I required full control of all management/vet/farrier. I did not just "come to trim feet" but fully evaluated whole needs and organized what I could (Jane/me). I can only offer the next trim which could require them to come to Brockton. After that I may call/email you on one day notice to say I am stopping through MA overnight and will arrive at 9AM to examine/trim. Your farrier would be expected to be there and be excited for that last second opportunity. One such farrier canceled his trip to the World Championships instantly because he heard I would be around and he hoped he could meet up/work with me. He never even told me that- someone else did- so there was no whining, he acted like he had that time off anyway. Next seminar if Jane is involved would require much more $$. To get her over, hotel, etc we are looking at a baseline cost of nearly $4000. Then seminar costs, so unless we could raise a minimum of $10K up front, it is not really worth it. I can do a talk about the specialty and vet student programs but people want to learn things to help their animals, not just of my long range plans. No expectations from you. Help in any way you are motivated to. There never were any. Everyone who is considerate always says they only hoped I would offer an "email consult/opinion" but with what you have learned so far, you know this achieves nothing. Either I get involved big time or the horses suffer until they are eventually euthanized or sent for life long suffering to an equine rescue group that knows no more than you and has less $$. Not pretty. I would not have offered if you had riding horses because it involves so much more. When I saw your photos, x-rays and vet reports I knew B&E had this certain future. And I am honest so in so many words I would have told you that. Also that I could fix each, but wouldn't/couldn't. That is a very heavy burden. I always choose to my own detriment which is why my life is as it is. But strictly by my choice- you had nothing to do with that.*

You need to know that I'm not disappearing. I want the upheaval to happen ASAP or at least in my lifetime and so I'm not going to ever stop starting fires. That is my agenda period- nothing I do to help HCF or any other depends on what will be done for me or my animals. We will get what we need I trust that, in turn this is what keeps us from falling prey to the agendas of others.

*[Dr. Sheila Lyons] Hope so.*

**Exhibit D**

really don't know if it is going to turn out to be traumatic, congenital or a combination of both because there was never any swelling or heat and she has all along had a pivoting twist to her hind gait - but I have also seen her take a few wipe out spills to the left while she was tearing around the paddock which I assumed might be because she is a little clumsy with that pivot twist gait. She is in good spirits limping around, still bearing weight on all four, her right stifle does not pop out (her left one does very prominently and with just about every step) and although her walk is obviously distorted and getting worse she will still run and jump if she gets the chance. I am dreading every minute of the surgery but can't see myself allowing her to stay like she is especially seeing how quickly Bayou got arthritis in both stifles that are not nearly as bad as her left one. The rehabilitation is something I am also dreading and wondering if we can get through successfully without any experienced professionals around here.

In the meantime I've been playing but have not won the lottery yet and know that I cannot afford your services even if you did have the time (and I don't know your favorite numbers or address so that maybe I could send you a winning ticket that you might be able to use to help advance the well being of our animals into the future). The way veterinary medicine works, most especially in the area of large animals, has not seemed right to me from the beginning. The more I learn the worse the picture looks. It just seems like educational malpractice to me and so senseless that animals with chronic problems are so readily disposed of (even those with problems which are a result of human error).

Basically, I am now just wondering if there would be some way that I could at least pay for one day of your time if you can even find a day when you are in the states - if you are ever even in MA (I know you charge $2500).

Bayou is actually holding his own and doing quite well compared to the way he deteriorated over the last three years. His attitude is good, he stands and moves around everyday and we can even get some exercise in most days now. However, there is no doubt in my mind that further improvement can be made with the right guidance but that is not available here. Perhaps, even though you do not have the time to do the work yourself and I can't afford to pay for the full amount of time it would take for you to oversee his recovery completely anyway, something more (even if only slightly) could be accomplished in a day. And if Elli has surgery I know I'm going to need some advice for her rehabilitation.

Maybe I'm way off base here and if so that's OK. Please keep me posted in any event about your progress because you never know - I might be able to help someway in the future.

Thanks for listening and more importantly for what you are doing.

Ellin

In a message dated 3/29/2004 1:05:59 PM Eastern Standard Time, castleton2b@comcast.net writes:

In a message dated 3/29/2004 1:05:59 PM Eastern Standard Time, castleton2b@comcast.net writes:

*Dear Ellin,*

*Thanks for asking. I'm not sure you could help. What is needed, actually __required__, is fundraising. Either fully by a professional or sufficient to enable us to hire a professional. The best and most ethical firm I have identified who could raise the minimum $30million required to truly launch this gave me a $300K estimate for what Homecoming Farm would need to have ready to spend to get our wheels turning to raise the rest needed, and then be self sufficient (by having a permanent development department).*

**Exhibit E**

| Subj: | **Re: Bayou** |
|---|---|
| Date: | 4/17/2004 |
| To: | castleton2b@comcast.net |

Dear Dr. Lyons,

I'm not having any luck obtaining the recent x rays of Bayou's hoofs you offered to look at if they could be emailed. His vet has already been out twice and today she called to say - that although she does not think there are any changes between the pictures she got and the ones taken in September at Tufts (copies of which I do have)- she was still not happy with the quality of the second set. This may mean a third set of x-rays. She's been very good about trying to see Bayou as one whole horse and not just a sum of his parts and not jumping to conclusions or reaching for a quick, short lived fix in trying to help put the pieces back together for him — but she seems to be learning right along with me and now I have a second mini with a patella issue which needs immediate attention. On top of all this I don't even feel comfortable putting this (looking at Bayou's pictures and x rays so that you can offer yet more free advice) on you, especially after learning all you have been through and still must go through.

A big part of my second problem is my fault in a way, but I wouldn't turn back the clock if I could anyway. When Bayou was younger and still healthy (pre cushings diagnosis) he had a very active life and I could even take him with me while I was away working and stable him with other horses etc.... Then when things started going downhill with him for the most part, aside from the dogs and cats, he has been alone. I did once try to get him a pasture mate (a goat) but Bayou was so miserable that the poor goat had to go back. Once he was off his meds and starting to be less depressed this past fall I began again to think about getting him a pasture mate. My intention was to spend some time looking and take all the right steps to make sure I found a sound and healthy miniature horse with no conformation problems that would make a good companion for him. Even though my intentions were good that's not the way it happened.

While I was out at one of the farms looking at so called "good and perfect horses" I noticed a tiny mini mare standing alone in the corner with a very dull and depressed attitude, none of the other mares with foals liked her and she was definitely the odd girl out. I knew she was less than perfect, I knew that she was going to require work and I knew that I already had a horse that was probably going to require a lot of time and expense on my hands but I just could not get past her. Her name is Spa Sultans Elegant Lady (Ellie) and she will be three in June. Her personality has blossomed since she has been here (October), Bayou absolutely adores her and I know that having her here has helped his psychological state immensely also - they are inseparable and I don't believe I could have found a more perfect match. However, along with the good has come the reality of the bad much more suddenly than I expected.

One day she was sound and the next day she was bobbing her head and limping. My new vet right away began talking about the hooves (soaking hooves, bute, stall rest etc.) like the old vet did with Bayou, but I guess thanks to his experience I was not buying any of it. I felt her left stifle clicking out much worse than bayou's ever have and asked for x rays of the stifles - she agreed the stifle was laterally luxating (no we did not check them in October) but she was still having trouble coming to a conclusion about which side and from what she believed her lameness was originating and so I drove her over to another one of the other Vets I work with and he simply watched her walk, examined her stifles and advised that I get a surgery consult with DR Garcia-Lopez at Tufts ASAP. Dr. Garcia-Lopez was not available and in talking to Tufts I found out that not only do they not do a lot of stifle surgery on mini's anyway their campus is still in an upheaval over the dog issue so I drove her up to Rochester equine clinic. The most I got from that visit was the hope that nothing serious and obviously genetic is going on in the stifle or pelvis, a description of the types of surgery available (which I had already read about) and the suggestion that further diagnostics be performed since each Dr. had a different interpretation of where her lameness is originating. It was obvious to me that they have limited experience with mini stifle issues and even though they could go in the back room and read the same things I had read and help explain and describe them to me I couldn't leave her in their hands.

Since then, I came across an article by a Dr. Richardson from the University of PA. I talked to him and he at least has had considerably more experience with this problem than the local people - plus as Dr. Leach now tells me Dr. Richardson was his resident way back when and he highly recommends him- so we have an appointment in PA on the 28th of this month. If he thinks she is a good candidate I am going to allow him to do the surgery. I

really don't know if it is going to turn out to be traumatic, congenital or a combination of both because there was never any swelling or heat and she has all along had a pivoting twist to her hind gait - but I have also seen her take a few wipe out spills to the left while she was tearing around the paddock which I assumed might be because she is a little clumsy with that pivot twist gait.  She is in good spirits limping around, still bearing weight on all four, her right stifle does not pop out (her left one does very prominently and with just about every step) and although her walk is obviously distorted and getting worse she will still run and jump if she gets the chance. I am dreading every minute of the surgery but can't see myself allowing her to stay like she is especially seeing how quickly Bayou got arthritis in both stifles that are not nearly as bad as her left one. The rehabilitation is something I am also dreading and wondering if we can get through successfully without any experienced professionals around here.

In the meantime I've been playing but have not won the lottery yet and know that I cannot afford your services even if you did have the time (and I don't know your favorite numbers or address so that maybe I could send you a winning ticket that you might be able to use to help advance the well being of our animals into the future). The way veterinary medicine works, most especially in the area of large animals, has not seemed right to me from the beginning. The more I learn the worse the picture looks. It just seems like educational malpractice to me and so senseless that animals with chronic problems are so readily disposed of (even those with problems which are a result of human error).

Basically, I am now just wondering if there would be some way that I could at least pay for one day of your time if you can even find a day when you are in the states - if you are ever even in MA (I know you charge $2500).

Bayou is actually holding his own and doing quite well compared to the way he deteriorated over the last three years. His attitude is good, he stands and moves around everyday and we can even get some exercise in most days now. However, there is no doubt in my mind that further improvement can be made with the right guidance but that is not available here. Perhaps, even though you do not have the time to do the work yourself and I can't afford to pay for the full amount of time it would take for you to oversee his recovery completely anyway, something more (even if only slightly) could be accomplished in a day. And if Elli has surgery I know I'm going to need some advice for her rehabilitation.

Maybe I'm way off base here and if so that's OK. Please keep me posted in any event about your progress because you never know - I might be able to help someway in the future.

Thanks for listening and more importantly for what you are doing.

Ellin

In a message dated 3/29/2004 1:05:59 PM Eastern Standard Time, castleton2b@comcast.net writes:


In a message dated 3/29/2004 1:05:59 PM Eastern Standard Time, castleton2b@comcast.net writes:


*Dear Ellin,*

*Thanks for asking.  I'm not sure you could help.  What is needed, actually required, is fundraising. Either fully by a professional or sufficient to enable us to hire a professional.  The best and most ethical firm I have identified who could raise the minimum $30million required to truly launch this gave me a $300K estimate for what Homecoming Farm would need to have ready to spend to get our wheels turning to raise the rest needed, and then be self sufficient (by having a permanent development department).*

My HUGE error was in developing some service programs, research, education, etc. before this money was in the bank so to speak. So it requires 100% of my salary which is large, plus all I can raise in grants and donations just to stay in existence (roughly $500K per year). I was being too ethical and assumed I should be able to show a small version of what would be created and then this groundswell of support would follow. Instead I am afraid that by offering small tidbits I have simply "trained people" that they will get this whether they help or not. For example, in Palm Beach I offered a clinic to show a group of VERY rich people the benefits of my work (many vets tell clients it is all bogus, mostly out of ignorance or fear that their ways will be shown to be harmful- as they are, this is what I reveal at conferences, so I understood that they might need "proof"). 12 horses that had been given up on- zero chance for recovery- all recovered not only well enough to return to showing, but they were better than before they were ever injured. I made clear all along I expected in return the introduction to foundations/individuals who could help the "big picture". Now that they no longer "need this in a crisis fashion", I have only heard back from one (out of 6 owners) whom I'd asked to speak to a member of the Forbes family who owns horses. Just to ask if the Forbes Foundation would consider a proposal from HCFarm which is outside of their giving area, and if so, please give me the proper foundation contact people. She said that while she is an acquaintance of Jane Forbes, she did not think she knew her "well enough" to ask this. Of course not- her horses are all better now. The dynamic has changed. Other examples- the HSUS asked my help with equine rescue organization standards but when I asked for their help back- even just to give a spotlight type story in their public press about HCFarm, they said- sorry, but the fact that I work with sport horses "might offend" some of their major donors, and yet without my help they would not know good horse care from outright abuse. They have since raised millions for their "strong advocacy and leadership in equine rescue". Same with MSPCA- I did free vet work on some horrible rescue abuse cases and when a new barn got built because a donor came by and saw their "rehab department" I asked who it was- sorry, that's private! When I was the only Tufts vet who would publicly speak out about the dirty little secrets of Tufts past, including on the radio and in print, NEAV mentioned they had had a great year fundraising- I asked if they could intro me to any of their donors (I do this all the time for other worthwhile animal welfare groups as I have never been so arrogant as to assume anyone gave me their last dollar) they looked at me like I'd just asked them to kill for me. Literally froze in their tracks and did not say a word. Confidential. Sorry, can't help you at all.......they are OUR donors. And my work applies to ALL animals- dogs and cats are no better off than horses in this need. Same services work just as well for them.


And in the meantime I am like a hamster in a wheel- running just to stay in one place. A very dear friend of mine euthanized her horse this winter. I could have fixed him but could not break free last fall before leaving the States for the winter to see him (in MA). I asked Tufts if it would do a basic workup I requested and send me the reports so I might advise, but they said they could only take her as a regular client as I am not on their staff. (I have done free education for their students for 15 years) She chose to put him down rather than run up her credit cards for services that even they had no confidence would benefit him and she did not want to put the horse through that.


So the cure is actually easy. It is money and that is everywhere. The hard part was in figuring all the new specialty work out and getting the experience needed to be successful. And being poised to simply implement it worldwide. THAT was the challenge. But, to answer your question, without the funds, this remains with me and I am already spread too thin on this planet. With the Olympics this year I loose yet another month. So my ability to commit the time to fundraise is cut substantially.

Monday, September 27, 2004 America Online: Phototake1

Even the committee of vets from vet schools I put together to form our new board will only meet if I cover 100% of their costs for the 7 of us to get together. It works out to nearly $10,000 for a 1 ½ day meeting (this will go on my credit cards when we all meet in Chicago in May). I could not even get ONE of them to so much as use their ff miles or their vet school department budget to cover just their personal costs.

This is my reality. If you know any way to raise unrestricted funds (no promise of my vet work in return- I can do that already in private practice) then great, please do. Otherwise I am stuck working 7 days a week just to earn the money it costs to stay at a near standstill (and remain broke despite all I earn). The loss of this $150K means I have 2 months to either raise that or cut what little we already do or risk personal bankruptcy. I already lost my own farm by giving more than I had when I developed this and foolishly, naively believed everyone who said "if you just fix this ONE horse for me I'll be able to tell everyone and raise $$ for you." When the horses left- sound, I never heard from them again. One local person who "loved their horse more than life itself" when I said, "okay, no money?!- you just said you have 3 sons who are all over 18 and unemployed and sit around your house. I'll fix your horse and they can work off the bill by mowing my pastures, unloading hay, doing basic no-skill farm chores here." Her demeanor changed instantly and she said it was "too much" for me to ask in return.........never saw her again but she bad-mouthed me for years.......I was uncaring and unreasonable.....

A lot of awful lessons in this for me-

But I do appreciate your asking. Maybe a lottery ticket (gambling is illegal here so I have to return to buy one!)...

SLDVM

*My HUGE error was in developing some service programs, research, education, etc. before this money was in the bank so to speak. So it requires 100% of my salary which is large, plus all I can raise in grants and donations just to stay in existence (roughly $500K per year). I was being too ethical and assumed I should be able to show a small version of what would be created and then this groundswell of support would lift me. Instead I am afraid that by offering small tidbits I have simply "trained people" that they will get this whether they help or not. For example, in Palm Beach I offered a clinic to show a group of VERY rich people the benefits of my work (many vets tell clients it is all bogus, mostly out of ignorance or fear that their ways will be shown to be harmful- as they are, this is what I reveal at conferences, so I understood that they might need "proof"). 12 horses that had been given up on- zero chance for recovery- all recovered not only well enough to return to showing, but they were better than before they were ever injured. I made clear all along I expected in return the introduction to foundations/individuals who could help the "big picture". Now that they no longer "need this in a crisis fashion", I have only heard back from one (out of 6 owners) whom I'd asked to speak to a member of the Forbes family who owns horses. Just to ask if the Forbes Foundation would consider a proposal from HCFarm which is outside of their giving area, and if so, please give me the proper foundation contact people. She said that while she is an acquaintance of Jane Forbes, she did not think she knew her "well enough" to ask this. Of course not- her horses are all better now. The dynamic has changed. Other examples- the HSUS asked my help with equine rescue organization standards but when I asked for their help back- even just to give a spotlight type story in their public press about HCFarm, they said- sorry, but the fact that I work with sport horses "might offend" some of their major donors, and yet without my help they would not know good horse care from outright abuse. They have since raised millions for their "strong advocacy and leadership in equine rescue". Same with MSPCA- I did free vet work on some horrible rescue abuse cases and when a new barn got built because a donor came by and saw their "rehab department" I asked who it was- sorry, that's private! When I was the only Tufts vet who would publicly speak out about the dirty little secrets of Tufts past, including on the radio and in print, NEAV mentioned they had had a great year fundraising- I asked if they could intro me to any of their donors (I do this all the time for other worthwhile animal welfare groups as I have never been so arrogant as to assume anyone gave me their last dollar) they looked at me like I'd just asked them to kill for me. Literally froze in their tracks and did not say a word. Confidential. Sorry, can't help you at all........they are OUR donors. And my work applies to ALL animals- dogs and cats are no better off than horses in this need. Same services work just as well for them.*

*And in the meantime I am like a hamster in a wheel- running just to stay in one place. A very dear friend of mine euthanized her horse this winter. I could have fixed him but could not break free last fall before leaving the States for the winter to see him (in MA). I asked Tufts if it would do a basic workup I requested and send me the reports so I might advise, but they said they could only take her as a regular client as I am not on their staff. (I have done free education for their students for 15 years) She chose to put him down rather than run up her credit cards for services that even they had no confidence would benefit him and she did not want to put the horse through that.*

*So the cure is actually easy. It is money and that is everywhere. The hard part was in figuring all the new specialty work out and getting the experience needed to be successful. And being poised to simply implement it worldwide. THAT was the challenge. But, to answer your question, without the funds, this remains with me and I am already spread too thin on this planet. With the Olympics this year I loose yet another month. So my ability to commit the time to fundraise is cut substantially.*

*Even the committee of vets from vet schools I put together to form our new board will only meet if I cover 100% of their costs for the 7 of us to get together. It works out to nearly $10,000 for a 1 ½ day meeting (this will go on my credit cards when we all meet in Chicago in May). I could not even get ONE of them to so much as use their ff miles or their vet school department budget to cover just their personal costs.*

*This is my reality. If you know any way to raise unrestricted funds (no promise of my vet work in return- I can do that already in private practice) then great, please do. Otherwise I am stuck working 7 days a week just to earn the money it costs to stay at a near standstill (and remain broke despite all I earn). The loss of this $150K means I have 2 months to either raise that or cut what little we already do or risk personal bankruptcy. I already lost my own farm by giving more than I had when I developed this and foolishly, naively believed everyone who said "if you just fix this ONE horse for me I'll be able to tell everyone and raise $$ for you." When the horses left- sound, I never heard from them again. One local person who "loved their horse more than life itself" when I said, "okay, no money?!- you just said you have 3 sons who are all over 18 and unemployed and sit around your house. I'll fix your horse and they can work off the bill by mowing my pastures, unloading hay, doing basic no-skill farm chores here." Her demeanor changed instantly and she said it was "too much" for me to ask in return.........never saw her again but she bad-mouthed me for years.......I was uncaring and unreasonable.....*

*A lot of awful lessons in this for me-*

*But I do appreciate your asking. Maybe a lottery ticket (gambling is illegal here so I have to return to buy one!)...*

*SLDVM*

**Exhibit F**

| | |
|---|---|
| Subj: | **RE: the seminar and B&E** |
| Date: | 6/11/2004 2:45:00 PM Eastern Standard Time |
| From: | castleton2b@comcast.net |
| To: | Phototake1@aol.com |
| *Sent from the Internet (Details)* | |

I really hope that Dr. Cesar works out, but I don't really understand how this would work logistically. I remain hopeful and open to all possibilities but will not let Dr. Karin off so easily. Do you have any objections to anything I wrote in that letter to her?

*[Dr. Sheila Lyons]* I don't object- think it is well written and should be sent. Quite kind and restrained given her behavior in the face of the trust you offered and clearly outlined from day one with her. Not sure I would let her off with that assumption that there was an emergency even though I know it was sarcastic. What you (Cape Cod) really needs is to know in clear "yes" or "no" form, if any farriers or vets are committed to learning this which would include the setting aside of time to periodically meet with me but mostly to make effort on their own time and initiative, through my guidance- to gain experience in some methods (hoof pick exam, photo evaluation, etc) to begin to learn. This is why I will not call Josh. If he does not contact Dr. Lyons with eager beyond grateful anticipation of just the possibility that I might give him some personal education, he is out of my picture. No, he never called. Yes, I checked all messages and missed calls. Josh is not ready. Josh's farrier work is beyond harmful. It is wrong in every fundamental way. Your minis are unique in that the amount of damage done by their trimming was worse than nearly any I would anticipate even a most traditional farrier to do. If you were looking for someone to take the job of driving your daughter's school bus, would you ask me to teach a driver who had driven 120mph on back roads and had crashed every time and drove drunk..... but he really was nice and sincerely wanted to be a good driver and was never late for work? It is a bigger task to undue his incredibly harmful misunderstanding of the hoof and what should be trimmed. That he has not contacted me directly after seeing the evidence of this harm by his hand just adds to it. The best indicator

Wednesday, June 30, 2004 America Online: Phototake1

based on my experience with farriers of their learning this is intelligence. This trim requires thinking before the smallest shred of hoof tissue is cut. Every cut. Every time. Every 2 weeks. Will he do this? This part is 100% up to you to struggle with and identify this farrier. I cannot help. I wish I had thought to suggest that you ask every barn you stopped at for their farrier's name and contact info. Put the word out. Not to exclude Josh but to simply try to get all who say they would participate together. Usually only one remains with a starting group of a dozen. I have done this more times than I can count. Or care to remember.

Your assessment of the talk is perfect I believe. The hardest part is my time factored in. This is why I want to hire this PA firm. What they do is get you organized in these kinds of ways/materials so that I could go around just giving some talks but have a system in place that follows and grabs the support and commitment inspired and channels it to benefit for both HCFarm and the local groups. I have no one to do this for me and it is a full time job. I can develop a general proposal to support the need to raise $100K which would support (and control) the specialty committee and hire the PA firm to get us on firm ground. Perhaps these heavy hitters would consider helping that focused need.

Thanks again to Jane and Robert I had an engaging dinner with his small group of VPs/leaders of Pfizer. They are going to try to help too. Fingers crossed.

Glad to know B&E are well. Okay on their management as long as the hills are done at a tangent and she steps, not drags hind end (1 discussed this with Betsy). You can go back to the larger leads if you wish on EStim. After the next trim (I hope to return at 2 weeks but must play day-by-day by ear) the EStim may be able to go to twice a week for each- I will evaluate. And once Ellie also exercises herself more like Bayou it will reduce the walking but for now their needs are as you are doing.

Keep me posted-

sldvm

**Exhibit G**

**From:**   dr. sheila lyons
**Sent:**   Friday, June 11, 2004 2:45 PM
**To:**   Phototake1@aol.com
**Subject:**   RE: the seminar and B&E

I really hope that Dr. Cesar works out, but I don't really understand how this would work logistically. I remain hopeful and open to all possibilities but will not let Dr. Karin off so easily. Do you have any objections to anything I wrote in that letter to her?

*[Dr. Sheila Lyons]* I don't object- think it is well written and should be sent. Quite kind and restrained given her behavior in the face of the trust you offered and clearly outlined from day one with her. Not sure I would let her off with that assumption that there was an emergency even though I know it was sarcastic. What you (Cape Cod) really needs to know is in clear "yes" or "no" form, if any farriers or vets are committed to learning this which would include the setting aside of time to periodically meet with me but mostly to make effort on their own time and initiative, through my guidance- to gain experience in some methods (hoof pick exam, photo evaluation, etc) to begin to learn. This is why I will not call Josh. If he does not contact Dr. Lyons with eager beyond grateful anticipation of just the possibility that I might give him some personal education, he is out of my picture. No, he never called. Yes, I checked all messages and missed calls. Josh is not ready. Josh's farrier work is beyond harmful. It is wrong in every fundamental way. Your minis are unique in that the amount of damage done by their trimming was worse than nearly any I would anticipate even a most traditional farrier to do. If you were looking for someone to take the job of driving your daughter's school bus, would you ask me to teach a driver who had driven 120mph on back roads and had crashed every time and drove drunk..... but he really was nice and sincerely wanted to be a good driver and was never late for work? It is a bigger task to undue his incredibly harmful misunderstanding of the hoof and what should be trimmed. That he has not contacted me directly after seeing the evidence of this harm by his hand just adds to it. The best indicator based on my experience with farriers of their learning this is intelligence. This trim requires thinking before the smallest shred of hoof tissue is cut. Every cut. Every time. Every 2 weeks. Will he do this? This part is 100% up to you to struggle with and identify this farrier. I cannot help. I wish I had thought to suggest that you ask every barn you stopped at for their farrier's name and contact info. Put the word out. Not to exclude Josh but to simply try to get all who say they would participate together. Usually only one remains with a starting group of a dozen. I have done this more times than I can count. Or care to remember.

Your assessment of the talk is perfect I believe. The hardest part is my time factored in. This is why I want to hire this PA firm. What they do is get you organized in these kinds of ways/materials so that I could go around just giving some talks but have a system in place that follows and grabs the support and commitment inspired and channels it to benefit- for both HCFarm and the local groups. I have no one to do this for me and it is a full time job. I can develop a general proposal to support the need to raise $100K which would support (and control) the specialty committee and hire the PA firm to get us on firm ground. Perhaps these heavy hitters would consider helping that focused need.

Thanks again to Jane and Robert I had an engaging dinner with his small group of VPs/leaders of Pfizer. They are going to try to help too. Fingers crossed.

Glad to know B&E are well. Okay on their management as long as the hills are done at a tangent and she steps, not drags hind end (I discussed this with Betsy). You can go back to the larger leads if you wish on EStim. After the next trim (I hope to return at 2 weeks but must play day-by-day by ear) the EStim may be able to go to twice a week for each- I will evaluate. And once Ellie also exercises herself more like Bayou it will reduce the walking but for now their needs are as you are doing.

Keep me posted-

sldvm

**Exhibit H**

Subj:   **RE: the seminar and B&E**
Date:   6/11/2004 5:45:25 PM Eastern Standard Time
From:  castleton2b@comcast.net
To:    Phototake1@aol.com
*Sent from the Internet (Details)*

-----Original Message-----
**From:** Phototake1@aol.com [mailto:Phototake1@aol.com]
**Sent:** Friday, June 11, 2004 3:32 PM
**To:** castleton2b@comcast.net
**Subject:** Re: the seminar and B&E

In a message dated 6/11/2004 2:45:00 PM Eastern Standard Time,
castleton2b@comcast.net writes:

I wish I had thought to suggest that you ask every barn you stopped at for
their farriers name and contact info.  Put the word out.  Not to exclude Josh
but to simply try to get all who say they would participate together.  Usually
only one remains with a starting group of a dozen.

I did invite every farrier (many personally and by letter) working on Cape
Cod and also sent emails to all listed for MA on the equine site.  I'll try
another approach....

**[Dr. Sheila Lyons]**
*I should have assumed this.  Maybe some nearby farrier school
would know of a Cape Cod based brand new farrier?  One guy
from the seminar told of a program at "Pine Hill Farm" nearby.*

*Disheartening isn't it?......nothing short of a total upheaval of
every element of our current system of service providers will
bring the change I have enjoyed (after creating) in my private
patients/clients.  Farriers, vets, trainers, instructors, grooms,
stable managers, sport regulators, teaching institutions.*

*Everyone must go.*

*Welcome to my worldview.*

**Exhibit I**

**From:** dr. sheila lyons
**Sent:** Friday, June 11, 2004 5:45 PM
**To:** Phototake1@aol.com
**Subject:** RE: the seminar and B&E

-----Original Message-----
**From:** Phototake1@aol.com [mailto:Phototake1@aol.com]
**Sent:** Friday, June 11, 2004 3:32 PM
**To:** castleton2b@comcast.net
**Subject:** Re: the seminar and B&E

In a message dated 6/11/2004 2:45:00 PM Eastern Standard Time, castleton2b@comcast.net writes:

I wish I had thought to suggest that you ask every barn you stopped at for their farriers name and contact info. Put the word out. Not to exclude Josh but to simply try to get all who say they would participate together. Usually only one remains with a starting group of a dozen.

I did invite every farrier (many personally and by letter) working on Cape Cod and also sent emails to all listed for MA on the equine site. I'll try another approach....

*[Dr. Sheila Lyons]*
*I should have assumed this. Maybe some nearby farrier school would know of a Cape Cod based brand new farrier? One guy from the seminar told of a program at "Pine Hill Farm" nearby.*
*Disheartening isn't it?......nothing short of a total upheaval of every element of our current system of service providers will bring the change I have enjoyed (after creating) in my private patients/clients. Farriers, vets, trainers, instructors, grooms, stable managers, sport regulators, teaching institutions.*
*Everyone must go.*
*Welcome to my worldview.*

**Exhibit J**

| Subj: | **Lisa dawe 508-759-4670** |
|---|---|
| Date: | 6/16/2004 9:56:48 AM Eastern Standard Time |
| From: | castleton2b@comcast.net |
| To: | Phototake1@aol.com |

*Sent from the Internet (Details)*

Dear Ellin-
[Dr. Sheila Lyons]
*I am glad you wrote. I would not know about a phone message as I did not bring the phone with me (I am in CA).*

*My commitment to E&B remains and I have continued efforts to help them even in the face of your seeming to feel that more effort is futile, and efforts to date are no better/worse than if I had not helped from the start. I disagree and have much more experience with this.*

*Please remember that from day one of contact with you (or Betsy?) I have repeated stated that the biggest factor effecting whether my help would, in fact, offer what they needed was the level of commitment/effort to learn/etc of your vet and farrier. That based on what I saw in records forwarded I could "fix" them but it would require your team to be very actively involved. So I went through, painfully and with much more foresight (due to experience) than I shared, Nick/Dr. Karen/Josh and all the sorted history you (and so many) clients offer. The ultimate test would only come when any of these players was confronted by the presentation of B&E's cases. Everyone failed of course. So you gave up and your emotional attachment to B&E and your history led to the outburst and doom and gloom assessment. I ignored that as my commitment comes from a different place of much more experience and my role requires me to not take much personally.*

*I just got off the phone with a woman from Bourne who seems heaven sent to become your new farrier. She could not come to the talk because it was her anniversary/birthday and other things. She is part of a group of farriers who ONLY does barefoot horses. I know of their technique and while it is*

*All other issues are for another time. I am busy to a degree that I cannot describe. With the Olympics looming I have many more patients than my already overwhelming schedule has. I booked my flight back this weekend to keep up with the 2 week trim schedule and am happy to keep it. I never expected this to "make financial sense" so stop worrying about that. At least 2 other horsemen from the seminar would like to do barefoot so if Lisa works out and can handle the additions to her practice several others may benefit as well. Not a waste of time and not better than if I had never appeared. Horse by horse, where/when I can, while I continue effort to change the bigger picture.*

*Lisa also agreed/appreciated when I told her that I said to you that the cape is not ready. She cannot get most people to let her trim more than every 4 weeks and also cannot get clients to do the necessary handwalking/etc. But like me measures her satisfaction not in quantity, but quality of change. I think you have a nice fit.*

*Let me know if this works for you.*

*SLDVM*

Dear Dr. Lyons,

Obviously we have experienced a major communication failure across the board. I am willing to take a large part of the blame. However, I know I am not completely responsible for any of this and I am especially concerned about the hurtful words you and Betsy have shared. I don't believe that type of exchange was called for at all in face of the very real issues that have surfaced.

I left a message on the cell phone about having a telephone conversation to clear up whatever misunderstanding has been created. It does not seem that such a conversation will happen any time soon. Still, I believe the several major differences of opinion which arose over the course of this past week and contributed to our communication failure should be somehow clarified. In the absence of open dialogue I can only offer an explanation of my personal experience, I hope that by taking the risk of trying this by email we can, at the least, avoid further damage from occurring. Perhaps, if so, we could have a more productive two/three way conversation at a later time. If not, who knows where this ridiculous nonsense will lead?

I will try to do this by directly addressing one specific issue, which I believe surfaced during our email communications last week.

In a message dated 6/8/2004 9:11:00 AM Eastern Standard Time, castleton2b@comcast.net writes:

"It is the old- "if half the people I've met and helped (and who promised and pledged their life-long commitment!) had made a similar effort", these programs would have been established years ago and we would all enjoy the benefits of these powerful services already."

It is very troublesome to experience this reality, as I have in such a short time. You may have been trying to tell me this, in so many words, all along, but it is never easy to gain even a partial understanding of another's reality unless it somehow effects your own personal experience.

An excerpt from a letter I wrote to Dr. Karin last fall: "It is important for you to know that the single best thing Bayou's experience has taught me is that if I wish to facilitate his return to soundness, or at least to a reasonable degree of a "horse happy" state, I cannot remain an inexperienced and uninformed horse owner at the mercy of his veterinarian and farriers, especially if they are not even on the same page. Therefore, my continued research, and professional search, is directly related to my conclusion that returning Bayou to good health is going to take nothing short of a dedicated team effort between open minded individuals who are all working, step by step, towards the same goal. What I am looking for is a local veterinarian who is as interested as I am in getting to the root of his problems - one who is willing to listen, observe, question, collaborate, correct or advise and also suggest possible revisions in his treatment plan in a connected and unbiased team effort." I was looking for something that does not exist!

Not only did you bring a glimpse of my dream into real time, you also proved to me that at the moment what I was experiencing first hand was strictly a vision of a possible future that has not yet arrived.

To witness the wonderful changes I have experienced with Bayou and Ellie and to also know that these "powerful services" do not yet exist is very overwhelming to say the least. I can't even begin to imagine what it has been like for you to deal with such a reality on a daily basis! Jane said something that really has hit home with me as well. She said that the day she met you was both a blessing and a curse. I feel exactly that same way.

Because I happen to be in a situation where Bayou and Ellie need these services now, their experience remains at the center of my personal attachment to the tragedy of this reality. Yet, I am finding it particularly difficult to resolve the conflict (between their individual needs and the needs of the greater whole) which this situation raises for me. I'm sure that this must have been true for all the others you have "helped". In many ways I understand how much easier it is run and hide from such a tormenting conflict and wish I could do just that.

The only one thing I have gained for certain from this experience is a true desire to see to it that these programs do become established and delivered through a client/patient centered perspective. I need more time to think about how I can support this mission, as well as in what way I feel my support can actually be most beneficial.

In the meantime, I have been convinced that outside of rescue shelters where these services can be learned by vet students, and only if they can be provided indefinitely, real horses and real people should not be made a part of the equation for any reason until there are trained professionals already in place to carry on. The only exception I can see as acceptable would be if you were willing, had the time and a ready and eager to learn vet and farrier standing by. And then I would say teach them from the beginning not at the end of the fix. It is you, yourself, who has successfully convinced me that the mission makes all the sense in the world - it is the way the mission is being carried out that makes no sense at all. Even by releasing my personal attachment (getting Bayou and Ellie's immediate needs met) I still find myself committed to that bigger picture.
Even if they are of a breed that should be "abolished" it was wrong to allow them to participate in the experience of this blessing/curse.

If you want or are ready to hear any more feedback from me about the ways I believe that my help could be offered in a more beneficial way -you know how to reach me. Actually I believe that without resolution there is nowhere else for this "ridiculous nonsense" to lead but back to where we started from - everyone says they want to help/learn and then they disappear when they get to the hard part - If you challenge their egos, all you get from veterinarians is silence and more animal suffering.

Psychotic? Yes! But the worldview as it is was not created by your, Betsy's or my psychosis.

**Exhibit K**

**From:**   dr. sheila lyons
**Sent:**   Wednesday, June 16, 2004 9:56 AM
**To:**   Phototake1@aol.com
**Subject:**   Lisa dawe 508-759-4670

Dear Ellin-

*[Dr. Sheila Lyons]*
*I am glad you wrote. I would not know about a phone message as I did not bring the phone with me (I am in CA).*
*My commitment to E&B remains and I have continued efforts to help them even in the face of your seeming to feel that more effort is futile, and efforts to date are no better/worse than if I had not helped from the start. I disagree and have much more experience with this.*
*Please remember that from day one of contact with you (or Betsy?) I have repeated stated that the biggest factor effecting whether my help would, in fact, offer what they needed was the level of commitment/effort to learn/etc of your vet and farrier. That based on what I saw in records forwarded I could "fix" them but it would require your team to be very actively involved. So I went through, painfully and with much more foresight (due to experience) than I shared, Nick/Dr. Karen/Josh and all the sorted history you (and so many) clients offer. The ultimate test would only come when any of these players was confronted by the presentation of B&E's cases. Everyone failed of course. So you gave up and your emotional attachment to B&E and your history led to the outburst and doom and gloom assessment. I ignored that as my commitment comes from a different place of much more experience and my role requires me to not take much personally.*
*I just got off the phone with a woman from Bourne who seems heaven sent to become your new farrier. She could not come to the talk because it was her anniversary/birthday and other things. She is part of a group of farriers who ONLY does barefoot horses. I know of their technique and while it is not the same as mine, it compliments it well and should with my peripheral continued involvement through consult, photo review and occasional trips where I can squeeze in a visit to the Cape in between previous commitments (not ego) I believe they will do very well and maintain what I have achieved.*
*Your sense that I should teach from day one farriers and vets is due to the fact that you can not appreciate just how sensitive the work I do is. It looks like a farrier putting in a long day, but until I have removed the displacements/distortions the risk of removing just an increment of the wrong tissue is extreme. A horse can be killed if a farrier or vet gets the corrective stage "almost right". So I don't and won't ever teach that in a casual way. That must be the 2 year course only. Ask Jane sometime how much harm one vet over there who went against my strong warnings did to a group of horses. But this is not something you can appreciate. It is one thing for the vets/farriers to disappoint us by NOT doing, but it is my responsibility to prevent them from ever DOING harm, believing as they often do that they understand at a glance what I am trimming. Karen made some of those reckless comments while she was standing over me. If she were a more aggressive type she would have gone straight to one of her patients with her favorite farrier just to prove that what I do is not all that special or involved. And those horses would require euthanasia within days. So I will not invite that. They come in for education when I have something safe to teach or show. My call.*
*So if you want to speak with this farrier her name is Lisa Dawe. Phone is 508-759-4670. I have tentatively scheduled to meet her mid day this Sunday (she has church and kids in the AM). We would review the power point presentation, I will examine the horses she has at her stable that she trims so I know her work and then we would come over from B&E's trim and discussion about whether she feels comfortable doing what I will ask her to and if the two of you want to work together. I am very encouraged about this and we spoke for an hour.*
*I have not given up. But I must clearly set you up with what you need as best I can. I have spent the last 10 days searching for the farrier who can help and believe I have. It will not be perfect but it will not revert to the horror you had.*
*All other issues are for another time. I am busy to a degree that I cannot describe. With the Olympics looming I have many more patients than my already overwhelming schedule has. I booked my flight back this weekend to keep up with the 2 week trim schedule and am happy to keep it. I never expected this to "make financial*

*ense" so stop worrying about that. At least 2 other horsemen from the seminar would like to do barefoot so if Lisa works out and can handle the additions to her practice several others may benefit as well. Not a waste of time and not better than if I had never appeared. Horse by horse, where/when I can, while I continue effort to change the bigger picture.*

*Lisa also agreed/appreciated when I told her that I said to you that the cape is not ready. She cannot get most people to let her trim more than every 4 weeks and also cannot get clients to do the necessary handwalking/etc. But like me measures her satisfaction not in quantity, but quality of change. I think you have a nice fit.*

*Let me know if this works for you.*

*SLDVM*

Dear Dr. Lyons,

Obviously we have experienced a major communication failure across the board. I am willing to take a large part of the blame. However, I know I am not completely responsible for any of this and I am especially concerned about the hurtful words you and Betsy have shared. I don't believe that type of exchange was called for at all in face of the very real issues that have surfaced.

I left a message on the cell phone about having a telephone conversation to clear up whatever misunderstanding has been created. It does not seem that such a conversation will happen any time soon. Still, I believe the several major differences of opinion which arose over the course of this past week and contributed to our communication failure should be somehow clarified. In the absence of open dialogue I can only offer an explanation of my personal experience, I hope that by taking the risk of trying this by email we can, at the least, avoid further damage from occurring. Perhaps, if so, we could have a more productive two/three way conversation at a later time. If not, who knows where this ridiculous nonsense will lead?

I will try to do this by directly addressing one specific issue, which I believe surfaced during our email communications last week.

In a message dated 6/8/2004 9:11:00 AM Eastern Standard Time, castleton2b@comcast.net writes:

"It is the old- "if half the people I've met and helped (and who promised and pledged their life-long commitment!) had made a similar effort", these programs would have been established years ago and we would all enjoy the benefits of these powerful services already."

It is very troublesome to experience this reality, as I have in such a short time. You may have been trying to tell me this, in so many words, all along, but it is never easy to gain even a partial understanding of another's reality unless it somehow effects your own personal experience.

An excerpt from a letter I wrote to Dr. Karin last fall: "It is important for you to know that the single best thing Bayou's experience has taught me is that if I wish to facilitate his return to soundness, or at least to a reasonable degree of a "horse happy" state, I cannot remain an inexperienced and uninformed horse owner at the mercy of his veterinarian and farriers, especially if they are not even on the same page. Therefore, my continued research, and professional search, is directly related to my conclusion that returning Bayou to good health is going to take nothing short of a dedicated team effort between open minded individuals who are all working, step by step, towards the same goal. What I am looking for is a local veterinarian who is as interested as I am in getting to the root of his problems - one who is willing to listen, observe, question, collaborate, correct or advise and also suggest possible revisions in his treatment plan in a connected and unbiased team effort." I was looking for something that does not exist!

Not only did you bring a glimpse of my dream into real time, you also proved to me that at the moment what I was experiencing first hand was strictly a vision of a possible future that has not yet arrived.

To witness the wonderful changes I have experienced with Bayou and Ellie and to also know that these "powerful services" do not yet exist is very overwhelming to say the least. I can't even begin to imagine what it has been like for you to deal with such a reality on a daily basis! Jane said something that really has hit home with me as well. She said that the day she met you was both a blessing and a curse. I feel exactly that same way.

Because I happen to be in a situation where Bayou and Ellie need these services now, their experience remains at the center of my personal attachment to the tragedy of this reality. Yet, I am finding it particularly difficult to resolve the conflict (between their individual needs and the needs of the greater whole) which this situation raises for me. I'm sure that this must have been true for all the others you have "helped". In many ways I understand how much easier it is run and hide from such a tormenting conflict and wish I could do just that.

The only one thing I have gained for certain from this experience is a true desire to see to it that these programs do become established and delivered through a client/patient centered perspective. I need more time to think about how I can support this mission, as well as in what way I feel my support can actually be most beneficial.

In the meantime, I have been convinced that outside of rescue shelters where these services can be learned by vet students, and only if they can be provided indefinitely, real horses and real people should not be made a part of the equation for any reason until there are trained professionals already in place to carry on. The only exception I can see as acceptable would be if you were willing, had the time and a ready and eager to learn vet and farrier standing by. And then I would say teach them from the beginning not at the end of the fix. It is you, yourself, who has successfully convinced me that the mission makes all the sense in the world - it is the way the mission is being carried out that makes no sense at all. Even by releasing my personal attachment (getting Bayou and Ellie's immediate needs met) I still find myself committed to that bigger picture.
Even if they are of a breed that should be "abolished" it was wrong to allow them to participate in the experience of this blessing/curse.

If you want or are ready to hear any more feedback from me about the ways I believe that my help could be offered in a more beneficial way -you know how to reach me. Actually I believe that without resolution there is nowhere else for this "ridiculous nonsense" to lead but back to where we started from - everyone says they want to help/learn and then they disappear when they get to the hard part - If you challenge their egos, all you get from veterinarians is silence and more animal suffering.

Psychotic? Yes! But the worldview as it is was not created by your, Betsy's or my psychosis.


Ellin