UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHEILA LYONS, DVM and HOMECOMING FARM, INC.,
*Plaintiff,*

v.

AMERICAN COLLEGE OF VETERINARY SPORTS MEDICINE AND REHABILITATION, INC. and AMERICAN VETERINARY MEDICAL ASSOCIATION, INC.,
*Defendants.*

Oct. 29, 2012
Civil Action No.11-cv-12192

YOUNG, D.J.
So ordered as the case management scheduling order.
Discovery due April 1, 2013
Dispositive Motions due Feb 1, 2013

William D. Young
U.S. District Judge

## I. REVISED PROPOSED JOINT DISCOVERY PLAN AND CASE SCHEDULE

Pursuant to the Court's Order at the October 3, 2012 scheduling conference and subsequent Orders of October 10, 2012 and October 12, 2012, the Plaintiffs, Sheila Lyons, DVM and Homecoming Farm, Inc., and the Defendants, American College of Veterinary Sports Medicine and Rehabilitation, Inc. and American Veterinary Medical Association, by their attorneys, submit jointly the following proposed pretrial schedule, in the above-captioned action,

1. Automatic disclosures to be served on or before November 1, 2012.

2. ADR to occur in January 2013.

3. All dispositive motions, and/or motions for summary judgment, are to be filed on February 1, 2013.

4. All discovery to be completed by February 15, 2013.

1

5. The plaintiff shall designate experts, if any, and submit any expert reports by March 1, 2013.

6. The defendants shall designate experts, if any, by April 1, 2013.

7. Requests for Admissions to be served at anytime up to 90 days before trial and answered within 30 days of service.

8. A Final Pretrial Conference will be held in April 2013

9. Case on the Running Trial List as of May 1, 2013 at 09:00 AM in Courtroom 18 before Judge William G. Young

Respectfully submitted,
The Plaintiffs,

/s/ Camille Sarrouf
Stephen J. Lyons, Esq.
Klieman & Lyons
Suite 617
Two Oliver Street
Boston, MA 02109
sjlyons@kliemanlyons.com

Camille Sarrouf, Esq.
Sarrouf Law, LLP
Two Oliver Street, Suite 617
Boston, MA 02109

Respectfully submitted,
Defendant,
American College of Veterinary Sports
Medicine and Rehabilitation, Inc.

by their Attorneys

/s/ David Kluft
Julia Huston (BBO# 562160)
David Kluft (BBO# 658970)
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: 617 832 1000
Facsimile: 617 832 7000
dkluft@foleyhoag.com

Respectfully submitted,
Defendant,
American Veterinary Medical Association
By its attorneys,

/s/ J. Mark Dickison
J. Mark Dickison, BBO # 629170
Joshua M. D. Segal (BBO# 678367)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990
mdickison@lawson-weitzen.com
jsegal@lawson-weitzen.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon non-registered participants.

/s/ J. Mark Dickison