# EXHIBIT F

EB Agenda:D-12d

 

## American Veterinary Medical Association

# Recommendation

**Actions:**
Committee _____
Board _____

**Notes:**

**To:** Executive Board

**From:** Council on Education

**Date:** March 11, 2011

**Re:** Recognition of Veterinary Specialty Organizations

EXHIBIT NO. 78
2/5/13
M.J. MANZI

**Recommendation:** That the indicated level of AVMA recognition be granted for the following veterinary specialty organizations, based on ABVS review and acceptance of each organization's submitted reports.

1. Continued full recognition based on 2010 five-year in-depth report:
   i. American Board of Veterinary Practitioners
   ii. AmericanCollege of Poultry Veterinarians
   iii. AmericanCollege of Veterinary Dermatology
   iv. AmericanCollege of Veterinary Microbiologists

2. Continued full recognition based on 2010 annual report:
   i. American Board of Veterinary Toxicology
   ii. AmericanCollege of Laboratory Animal Medicine
   iii. AmericanCollege of Theriogenologists
   iv. AmericanCollege of Veterinary Anesthesiologists
   v. AmericanCollege of Veterinary Behaviorists
   vi. AmericanCollege of Veterinary Clinical Pharmacology
   vii. AmericanCollege of Veterinary Emergency and Critical Care
   viii. AmericanCollege of Veterinary Internal Medicine
   ix. AmericanCollege of Veterinary Nutrition
   x. AmericanCollege of Veterinary Ophthalmologists
   xi. AmericanCollege of Veterinary Pathologists
   xii. AmericanCollege of Veterinary Preventive Medicine
   xiii. AmericanCollege of Veterinary Radiology
   xiv. AmericanCollege of Veterinary Surgeons
   xv. AmericanCollege of Zoological Medicine
   xvi. AmericanVeterinaryDentalCollege

3. Continued provisional recognition based on 2010 interim report
   i. AmericanCollege of Veterinary Sports Medicine and Rehabilitation

**Cost:** None

**Account Number& Name (if applicable):**

**Background:** The COE recommendation concurs with that of the ABVS. At its February 18-19, 2011 meeting, the ABVS received, reviewed, evaluated, and approved 2010 annual and 5-year in-depth reports from each of the specialty organizations listed. Per the ABVS Policies and Procedures Manual, the level of recognition is granted for one year.

COE/DEG/MM

AVMA 03095
CONFIDENTIAL