# EXHIBIT G



EXHIBIT
LYONS
# 10
1/15/13 SB



# Robert L. Gillette, DVM, MSE
## Director
**Department of Clinical Sciences**
**College of Veterinary Medicine**
**Auburn University, AL 36849**



Phone #: (334) 844-5646          Fax #: (334) 844-6084          E-mail: gillerl@vetmed.auburn.edu

1/24/03

To:     Dr. John Oliver
        Chair, American Board of Veterinary Specialties

From:   Dr. Robert Gillette,
        Chair of the Organizing Committee for the American College of Veterinary Sports
        Medicine and Rehabilitation

Re:     Letter of intent to form an AVMA RVSO

Dear Dr. Oliver,

I am submitting this letter of intent to form an AVMA-recognized veterinary specialty organization (RVSO) in Veterinary Sports Medicine and Rehabilitation. The members of the committee other than myself are (listed alphabetically): Drs. Linda L. Blythe, Hilary M. Clayton, Sheila Lyons, David M. Nunamaker and Robert A. Taylor. Please find their credentials on the additional pages. The committee comprises experienced educators and expert practitioners in the field of veterinary medicine, surgery, internal medicine, sports medicine, rehabilitation, biomechanics and exercise physiology. Our vision is to develop a recognized veterinary specialty organization in Veterinary Sports Medicine and Rehabilitation that will promote advanced levels of competency in sports medicine and rehabilitation, in order to provide the public with exceptional veterinary care from highly qualified individuals.

Veterinary sports medicine and rehabilitation meets the unique needs of athletic and working animals and animals in need of rehabilitation. In human medicine, sports medicine is a well-established field. The need for veterinary sports medicine specialty has arisen as a result of the explosive growth in animal participation in sports and service activities and the recent recognition of the benefits derived from rehabilitation. Complete veterinary care of these animals requires expertise in the areas that address the structural, psychological and medical needs of these performance animals. More specifically the sports medicine veterinarian must have an expanded understanding in the areas including, but not limited, to prevention and treatment of performance injuries, orthopedic health, kinesiology, nutrition, pharmacology, thermoregulatory problems, rehabilitation, exercise physiology, emergency and critical care medicine. This is on top of basic knowledge of traditional medical and surgical veterinary problems.

A specialty board would gather the diverse sources of information into a cohesive package; establish post-graduate training, fellowship and research opportunities; and determine criteria for,

**AVMA 01805**
**CONFIDENTIAL**

and administration of the process for certification. The overall goals of the specialty are to optimize performance, minimize risk of injury or metabolic damage, and define the best treatment and therapy procedures as they correlate to the unique demands placed upon the athletic and working patients.

A similar specialty is present in the field of human medicine. The American Orthopedic Society for Sports Medicine (AOSSM) was formed in 1972. It is a national organization of orthopedic surgeons specializing in sports medicine. The fellowship curriculum for the AOSSM will be used as a general framework for the Veterinary specialty. A discussion with the founding members of the AOSSM was very helpful to our committee as we began this organizational process. It was conveyed that one weakness of their structure was its restriction to surgeons. Their suggestion was that a veterinary specialty should be a broader-one that includes these other related fields at its foundation. This important point will be addressed by the organizing committee in developing the core knowledge of this specialty.

The field is rapidly growing and the interest among professional students is high. For example, the current membership of the American Canine Sports Medicine Association is 140, and the membership of the Association of Equine Sports Medicine is almost 300. The past two Veterinary Rehabilitation Symposia have each had over 350 participants. The Annual Sports Medicine Symposia held at Auburn each year continually has more than 100 attendees and the sports medicine elective held each fall for veterinary school sophomores at Auburn University has had a class size greater than thirty.

State Veterinary Boards are increasingly asked to weigh in on ethical and paraprofessional service issues that go beyond the scope of their education and experience in these emerging fields, and yet they must act on behalf of the public and the veterinary profession on these issues. A Veterinary Specialty Board would be the best source for advice and scientific guidance on these developing issues, just as it has been in other recognized specialty fields (surgery, wildlife, etc.).

A Sports Medicine and Rehabilitation Veterinary Specialty would provide an expert service to the growing clientele base, and would create an organized training and certification protocol for all of the veterinarians that have an interest in this field.

Thank you very much for your kind consideration in this matter.

Sincerely,

Robert L. Gillette, DVM, MSE
Chair of the Organizing Committee for proposed the College of Veterinary Sports Medicine and Rehabilitation

2

AVMA 01806
CONFIDENTIAL

**Names and Credentials of the Organizing Committee for the American College of Veterinary Sports Medicine and Rehabilitation**

**Robert L. Gillette, DVM, MSE, Committee Chairman**

Education
>Kansas State University B.S. Life Sciences. 1982
>Kansas State University DVM 1988
>University of Kansas MSE Biomechanics 1998

Experience
>3/00-Present Director of the Sports Medicine Program at the College of Veterinary Medicine, Auburn University.
>6/90-Present Owner/operator of Sports Medicine Veterinary Services. A consulting practice devoted to working with the athletic and working dogs. Publisher of the Athletic and Working Dog Newsletter.
>3/00-Present Chairman of the Annual Sports Medicine Symposium held at the College of Veterinary Medicine, Auburn University.
>1997-2000 Senior Research Fellow, Scott-Ritchey Research Center, College of Veterinary Medicine, Auburn University.
>1997-2000 Served on the sports medicine interest advisory committee, College of Veterinary Medicine, Auburn University
>1992-1995 Instructor of Research, Voluntary Appointment. The Sports Medicine Institute, Kansas University Medical Center. Kansas City, Kansas. 12/92 - 6/95.
>1992-1997 Assistant Scientist, Adjunct Appointment, Animal Care Unit, University of Kansas. Lawrence, KS.
>1993-1995 Owner and operator, Northridge Animal Clinic. Bonner Springs, KS.
>1989-1990.  Kansas State Veterinarian, Woodlands Kennel Club, Kansas City, KS.
>1990. Greyhound Racing Judge, Woodlands Kennel Club, Kansas City, KS.
>1989-1991.  Program Associate, Animal Care Unit, Univ. of Kansas. Laboratory animal residency.
>1992-1993 Staff Veterinarian, Overland Park Veterinary Center.
>1988-1989 Research Veterinarian, CEVA Labs Biological R & D, Lenexa, KS.

Memberships
>Past Chairman of the American Canine Sports Medicine Association Symposium 1996 - 2000.
>Past Assistant-Chairman of the International Canine Sports Medicine Symposium 1997-2000.
>Past-President and current board member of the American Canine Sports Medicine Association
>Member of Phi Zeta
>Member of the AVMA
>Member of the National Greyhound Association

3

AVMA 01807
CONFIDENTIAL

Authorships

9 scientific publications
20 veterinary publications
3 Chapters written in books
One Instructional Compact Disk titled "Analyzing Motion and Soundness of the Dog"
Numerous Lectures and Presentations

**Linda L. Blythe, DVM, PhD**

Education

University of California PhD, 1979
University of California DVM, 1974
University of California BS 1972

Experience

1997-Present Associate Dean for Academic and Student Affairs
1995-1997 Interim Assistant Dean for Academic and Student Affairs
1990-1995 Professor, College of Veterinary Medicine, Oregon State University, Corvallis, Oregon
1985-1990 Director of Racing Research, College of Veterinary Medicine, Oregon State University, Corvallis, Oregon
1983-1990 Associate Professor, College of Veterinary Medicine, Oregon State University, Corvallis, Oregon
1978-1983 Assistant Professor, School of Veterinary Medicine, Oregon State University, Corvallis, Oregon
1975-1978 Equine Practitioner, Self-employed, Fairfield and Vacaville, California
1977-1978 National Institutes of Health Fellow, Veterinary Anatomy Department, University of California, Davis, California
1976-1977 Associate in Anatomy, Veterinary Anatomy Department, University of California, Davis, California
Summer 1976 Veterinary Neurologist, Veterinary Medical Teaching Hospital, University of California, Davis, California
1975-1976 Staff Research Associate, Veterinary Anatomy Department, University of California, Davis, California
1974-1975 Intern, Large Animal Surgery, Veterinary Medical Teaching Hospital, University of California, Davis, California
Summer and Race Track Veterinary Assistant, Hollywood Park Race Track, Inglewood, California; Vacations Del Mar Race Track, Del Mar, California; Santa Anita Race Track, Arcadia, 1973-1974 California

Honors and Awards

1969 Dean's Honor Roll, San Joaquin Delta Junior College, Stockton, California
1969 Frontier Award in Life Sciences, San Joaquin Delta Junior College, Stockton, California

4

**AVMA 01808**
**CONFIDENTIAL**

1970 Dean's Honor Roll, University of California, Davis, California
1970 Phi Kappa Phi Honor Society, Sophomore Year, University of California, Davis, California
1970-74 Regent's Scholar, University of California, Davis, California
1970 George Hart Scholarship, University of California, Davis, California
1972 George Hart Scholarship, University of California, Davis, California
1972 Achievement Rewards for College Scientists (ARCS), University of California, Davis, California
1973 Merck Manual Award, University of California, Davis, California
1973 Phi Zeta Veterinary Honor Society, Junior Year, University of California, Davis, California
1974 Who's Who in American Colleges and Universities, University of California, Davis, California
1974 University of California Veterinary School Medallist, University of California, Davis, California
1976 Citation for Outstanding Teaching, Department of Anatomy, University of California, Davis, California
1976 National Institutes of Health Fellowship, University of California, Davis, California
1983 Oregon Veterinary Medical Association, Distinguished Service Award (President's Award)
1986 Norden Distinguished Teaching Award, College of Veterinary Medicine, Oregon State University
1986 Nomination for Woman Veterinarian of the Year Award. Women's Veterinary Medical Association
1989 Outstanding Teacher of the Year Award - Class of 1990
1989 Oregon State University Student Chapter of American Veterinary Medical Association (SCAVMA) Basic Science Excellence of Instruction Award
1989 Student Chapter American Veterinary Medical Association (SCAVMA) National Award for Teaching Excellence - Honorable Mention
1989 Oregon State University Burlington Northern Foundation Faculty Achievement Award
1990 World Greyhound Racing Federation Diploma of Excellence
1991 Nomination for Woman Veterinarian of the Year Award. Women's Veterinary Medical Association
1991 SmithKline Beecham Award for Creativity in Teaching
1992 Norden Distinguished Teaching Award, College of Veterinary Medicine, Oregon State University
1993 Listed in American Men and Women of Science
1995 Award of Excellence, Harris Laboratories, Lincoln Nebraska
1996 Pfizer Award for Research Excellence
1998 James Yarbourgh Lecturer for International Canine Sports Medicine Symposium

Memberships
American Veterinary Medical Association
Oregon Veterinary Medical Association

5

AVMA 01809
CONFIDENTIAL

Association of American Veterinary Medical Colleges
Phi Kappa Phi Honor Society
Phi Zeta Honor Society
Gamma Sigma Delta Honor Society
Association for Canine Sports Medicine
International Sled Dog Veterinary Medical Association

Authorships
49 scientific publications
52 veterinary publications
18 Chapters written in text books
Two Books, "International Greyhound Research Database" and "Care of the Racing
   Greyhound: A Guide for Trainers, Breeders, and Veterinarians"
Numerous Lectures and Presentations

**Hilary M. Clayton, BVMS, PhD**

Education
Faculty of Veterinary Medicine, University of Glasgow, BVMS with commendation,
   1973
Faculty of Veterinary Medicine, University of Glasgow, PhD., 1978

Experience
1997- Present  McPhail Dressage Chair in Equine Sports Medicine, Michigan State
   University
1988-1997 Professor, Department of Veterinary Anatomy, University of Saskatchewan
1993-1996 Head, Department of Veterinary Anatomy, University of Saskatchewan
1995-1996 Sabbatical LeaveVisiting Professor, Utrecht University, The Netherlands
1988-1989 Sabbatical leave Visiting Professor, Comparative Orthopedics, New Bolton
   Center, University of Pennsylvania, Visiting Professor, Sports Science Center,
   University of Delaware
1985 Visiting Professor, Tufts University, Boston (2 month teaching appointment)
1982-1988 Associate Professor, Department of Veterinary Anatomy, University of
   Saskatchewan
1975-1982 Lecturer, Department of Veterinary Anatomy, University of Glasgow
1979-1980 Visiting Assistant Professor, Department of Veterinary Anatomy, Michigan
   State University
1975-1976 Research Assistant, Department of Veterinary Parasitology, University of
   Glasgow
1973-1975 Veterinary Practitioner, McKenzie, Bryson and Marshall, Kilmarnock,
   Scotland

Honors and Awards
2001 Inducted into the International Equine Veterinarian Hall of Fame
1998 Inducted into the Saskatoon Sports Hall of Fame

6

AVMA 01810
CONFIDENTIAL

1988, 1991 Western College of Veterinary Medicine, Preclinical Teacher of the Year
1990 Norden Distinguished Teacher Award
1990 Canadian Equestrian Federation, National Coaching Certification Program Award
1990 Saskatchewan Horse Federation, Special Award for contributions to coaching in
    equestrian sports
1989 International Olympic Committee Outstanding Poster Award, First World Congress
    on Sport Sciences
1984 Saskatchewan Horse Federation "Horseman of the Year"
1975 William Hunting Award for a contribution entitled "A Canine Ovarian Teratoma" in
    the Veterinary Record
1973 Glasgow University Athletics Club "Blue" for outstanding ability in equestrianism

Memberships
    American Veterinary Medical Association
    American Association of Equine Practitioners (Board Member 1992-1996)
    Association for Equine Sports Medicine (Board Member 1986-1994, President 1990-
        1992)
    International Society for Biomechanics
    Member of Editorial Advisory Board for
        *Journal of Equine Veterinary Science*
        *The Horse*
        *Equus*
        *Equine and Comparative Exercise Physiology*
    Contribute regular column in *Dressage Today*
    Review scientific manuscripts for:
        *Equine Veterinary Journal*
        *American Journal of Veterinary Research*
        *The Veterinary Journal*
        *Research in Veterinary Science*
        *Journal of Equine Veterinary Science*
        *Equine and Comparative Exercise Physiology*
    Grant reviewer for:
        *The Horserace Betting Levy Board*

Authorships
    107 scientific publications
    101 veterinary publications
    13 Chapters written in text books
    Four Books, "Biomechanics of Equestrian Sports"; "Equine Locomotion"; "Colour Atlas
        of Large Animal Clinical Anatomy"; "Conditioning Sport Horses."
    Numerous Lectures and Presentations


**Sheila Lyons, PhD, DVM**

Education

7

AVMA 01811
CONFIDENTIAL

University of Massachusetts Amherst, BS, 1979,
UMass/MIT joint program, Ph.D., 1981,
Tufts Veterinary School, DVM, 1985.

Experience
1985-Present Private Equine Sports Medicine Practice
1986 Veterinary Sports Medicine Consultant for International Equestrian Teams
including: World Championships, Dressage
1988 Seoul Olympics; Dressage, Show Jumping
1992 Barcelona Olympics, 3-Day Eventing, Show Jumping
1996 Atlanta Olympics 3-Day Eventing
2000 Sydney Olympics 3-Day Eventing, Dressage
1993-Present Consultant to several State Veterinary Practice Boards in their development
of regulations, to include paraprofessionals in rehabilitation to work with animals
through the veterinary profession.
1989 Established the nonprofit 501c3 organization; Homecoming Farm, Inc.
to develop methods for the successful rehabilitation of equine athletes;
research physiotherapy techniques for horses and develop methods to prevent
injury and improve performance in equine athletes.

Honors and Awards
1996 Annual Award from The Center for Health Science Policy, Washington DC.
Developed a mathematical model for the applied anatomy of the horse and
recently, in human medicine (NSF/NIH funded).

Memberships
The Board of Directors and Advisors to Homecoming Farm, Inc
American Veterinary Medical Association
American College of Sports Medicine (human)
American Physical Society

Authorships
10 veterinary related publications
Numerous Lectures and Presentations

**Dr. David M. Nunamaker V.M.D. DACVS**

Education
University of New Hampshire, 1962-64
University of Pennsylvania, V.M.D.,1964-68
Diplomate of the American College of Veterinary Surgeons, 1974

Experience
1996-Present Chairman, Department of Clinical Studies-New Bolton Center, School of

8

AVMA 01812
CONFIDENTIAL

Veterinary Medicine, University of Pennsylvania

1981-Present Director, Richard S. Reynolds, Jr. Comparative Orthopedic Research Laboratory, New Bolton Center, School of Veterinary Medicine, University of Pennsylvania

1994-Present Director, Allam Center for Equine Sports Medicine, New Bolton Center, School of Veterinary Medicine, University of Pennsylvania

1982-Present Jacques Jenny Professor of Orthopedic Surgery, Department of Clinical Studies-New Bolton Center, School of Veterinary Medicine, University of Pennsylvania

1982-Present Professor of Veterinary Medicine in Orthopedic Surgery, Department of Orthopedics, School of Medicine, University of Pennsylvania

1993-Present Member, Graduate Group in Bioengineering, University of Pennsylvania

1994-96 Acting Chairman, Department of Clinical Studies-New Bolton Center, School of Veterinary Medicine, University of Pennsylvania

1982-88 Chief, Section of Large Animal Surgery, Department of Clinical Studies-New Bolton Center, School of Veterinary Medicine, University of Pennsylvania

1979-82 Jacques Jenny Associate Professor of Orthopedic Surgery, Department of Clinical Studies, School of Veterinary Medicine, University of Pennsylvania

1979-82 Associate Professor of Veterinary Medicine in Orthopedic Surgery, Department of Orthopedics, School of Medicine, University of Pennsylvania

1977-82 Associate Professor of Orthopedic Research, Veterans Administration Hospital, Philadelphia, Pennsylvania

1976-79 Associate Professor of Orthopedic Surgery, Department of Clinical Studies, School of Veterinary Medicine, University of Pennsylvania

1972-76 Assistant Professor of Orthopedic Surgery, Department of Clinical Studies, School of Veterinary Medicine, University of Pennsylvania

1970-71 Instructor in Orthopedic Surgery, University of Pennsylvania, School of Veterinary Medicine

Honors and Awards

Phi Zeta (National Veterinary Honorary Society)

1989 Beecham Award for Research Excellence

Milne State-of-the-Art Lecture, American Association of Equine Practitioners, 2002

Three Patents, External Skeletal Fixator, United States Patent #4,604,996, (1986); External Fixation Device, United States Patent #5,578,041 (1996); LifeSaver Horse Shoe, Patent pending (2003)

Memberships

American College of Veterinary Surgeons

American Veterinary Medical Association

AOVet, President elect 1996-1998, President 1998-2000, Past President 2001-2002

North East Veterinary Orthopedic Society

Orthopedic Research Society

Veterinary Orthopedic Society

Editorial Review Board - Veterinary Surgery, 1983-86

9

AVMA 01813
CONFIDENTIAL

Ad Hoc Reviewer – American Journal of Veterinary Research, 1980-present
Ad Hoc Reviewer - Orthopedic Research Society abstracts, 1983-1997
Editorial Review Board - Veterinary and Comparative Orthopaedics and Traumatology,
    1989-present
Ad Hoc Reviewer - Journal of Biomechanics, 1990-present
Ad Hoc Reviewer - Journal of Orthopedic Research, 1989-present
Orthopedic consultant - The Equine Athlete, 1991-2000
Ad Hoc Reviewer - Clinical Orthopedics and Related Research, 1993-present
Ad Hoc Reviewer - USDA grants, 1993-1999,2002

Authorships
    49 scientific publications, 6 case studies, 34 abstracts,
    16 chapters written in text books
    Four Books, "Manual of Internal Fixation in the Horse", "Textbook of Small Animal
        Orthopaedics", "Equine Osteosynthesis: An Electronic Manual of the AO/ASIF
        Technique", "AO Principles of Equine Osteosynthesis"
    Numerous Lectures and Presentations

**Robert A. Taylor, DVM, MS, DACVS**

Education
    Texas A&M, BS with Honors, 1968
    Texas A & M, DVM with Honors 1970
    Colorado State University, MS Surgery, Foothills Surgical Laboratory, Veterinary
        Teaching Hospital, 1977
    Diplomate, American College of Veterinary Surgeons, 1985

Experience
    1970-Present Owner-Director and Staff Surgeon, Alameda East Veterinary Hospital,
        Denver CO
    1998 Established Colorado Canine Sports Medicine/Rehabilitation Clinic, the first full-
        time animal physical therapy clinic in the Rocky Mountain region
    Clinical Affiliate, Colorado State University, Veterinary Teaching Hospital
    Advisory Committee for Animal Cancer Center, Colorado State University

Honors
    University Scholar, Texas A&M, 1967-69
    Certificate of Merit – Colorado Humane Society, 1982
    American Veterinary Medical Association, Presidents Award
    Phi Zeta
    Gamma Sigma Delta
    Alpha Zeta
    Phi Kappa Phi

Memberships

AVMA 01814
CONFIDENTIAL

President, Denver Area Veterinary Association, 1983-1984
President, Colorado Veterinary Association, 1995
Treasurer, American College of Veterinary Surgeons and the ACVS Research &
    Education Foundation, 1995-Present
Alpha Zeta
Board of Director, Denver Zoological Association
President, Recycled Racers Program
Past Board Member, Colorado Humane Association
Past Board Member, Morris Animal Foundation
Past President, Hospice of St. John, Denver CO
Past Board Member, Arapahoe CO 4-H Foundation
Past Board Member, C.E.T. Environmental
Past Advisory Board Member, Pet Imaging, Inc
Colorado Otologic Research Center
Newfoundland, Dalmatian, Rottweiler Rescue Leagues
Denver Animal Fund

Authorships
12 scientific publications
Three Books, "Manual of Post Operative Care", "Canine Sports Medicine", "Canine
    Physical Therapy"
Numerous Lectures and Presentations

11

AVMA 01815
CONFIDENTIAL