# EXHIBIT H

## Dr. Elizabeth Sabin

**From:** Dr. Elizabeth Sabin
**Sent:** Wednesday, January 21, 2004 3:04 PM
**To:** 'homecomingfarm@comcast.net'
**Cc:** 'lgd642@aol.com'; 'Lrdvm@tca.net'
**Subject:** ABVS material

*[Exhibit stamp: E Sabin, EXHIBIT NO. 50, 2/5/13, M. J. MANZI]*

Dear Dr. Lyons:

It was a pleasure speaking with you today. In follow-up to our phone conversation, I have attached a copy of the current edition of the American Board of Veterinary Specialties Policies and Procedures Manual. Information on initial recognition of specialty groups can be found on pp 3-9 (Section II).

On page 5, Section II(B) nos. 15 and 16, it states that to be recognized by the AVMA, the constitution and/or bylaws of RVSOs and RVSs must contain elements as specified in section II, part D5 of the Policies of the ABVS. Organizations must notify the ABVS of all changes in the RVSO's and RVS's constitution and/or bylaws at the time of the next annual report. Annual reports should include previous and newly accepted wording. A complete copy of the revised constitution and/or bylaws must also be submitted with the annual report. Additionally, a veterinary organization devoted to a specialty must be legally incorporated as a not-for-profit educational organization within a state or district of the United States, and have a determination made as to the federal tax status of the organization. Groups are encouraged to incorporate and secure tax exemption under section 501 ( C )(3) or 501 ( C ) (6) of the Internal Revenue Service code.

Section II(D) number 5 lists the minimum requirements for a Constitution and/or Bylaws.

I have also listed Web sites for the Constitution and/or bylaws of several of the 20 recognized veterinary specialty organizations. Web sites for all organizations can be found on the AVMA Web site (home page: www.avma.org) at http://www.avma.org/careforanimals/animatedjourneys/aboutvets/vetspecialists.asp

1) American Board of Veterinary Practitioners: http://www.abvp.com/bylaws_02.pdf
2) American College of Laboratory Animal Medicine: http://www.aclam.org/aclam_bylaws.html; http://www.aclam.org/aclam_constitution.html
3) American College of Theriogenology: http://www.theriogenology.org/pdf/constit&Bylaws.pdf
4) American College of Veterinary Anesthesiologists: http://www.acva.org/general/constn.asp
5) American College of Veterinary Emergency and Critical Care: http://www.acvecc.org/inside/inside_fs.cfm?contentPage=.%2F/public/constitution.html
6) American College of Veterinary Internal Medicine: http://www.acvim.org/wwwfp/acvimconst.htm
7) American College of Veterinary Microbiology: http://www.vetmed.auburn.edu/acvm/constlaw.html
9) American College of Veterinary Ophthalmologists: http://www.acvo.com/

These documents should provide the sports medicine group with several good templates as you develop your own organizational documents.

I have copied the two ABVS liaisons (Drs. Dee and Russell) on this E-mail to ensure all have the same information. Please do not hesitate to contact me if I can be of additional assistance.

Take care.

Beth

*******************************************************

Beth Sabin, DVM, PhD
Assistant Director, Education and Research Division
American Veterinary Medical Association

1/22/2004

AVMA 01784
CONFIDENTIAL

1931 N Meacham Rd, Suite 100
Schaumburg, IL 60173-4360
Phone: 847-925-8070 or 800-248-2862, ext 6675
Fax: 847-925-9329

1/22/2004

AVMA 01785
CONFIDENTIAL