# EXHIBIT I



The Organizing Committee for the Establishing a Recognized Veterinary Specialty in the field of Veterinary Sports Medicine and Rehabilitation. To be designated the:

## American College of Veterinary Sports Medicine and Rehabilitation

# Organizational Meeting

May 18, 2004
Red Carpet Club Meeting room on
Concourse C across from Gate C – 16

## Meeting Access Information

For those attendees arriving Monday: Go to Ticket Counter number 80 in terminal 1 and ask for a Security Clearance Card. Tell them that you are attending a meeting in one of the Red Carpet Clubs. The room is booked under Dr. Robert Taylor and/or Dr. Robert Gillette. Then, go through Security as usual and proceed to Concourse C.

For those attendees arriving Tuesday: You can stay in the terminal and go to Concourse C.

The phone number for the Red Carpet Club in Chicago is 773-601-3000 if you have any questions

The meeting room is booked by someone else starting at 2:00 pm. We may continue the meeting at a different location if needed.



# Agenda for the Initial Meeting

Committee members scheduled to attend:

Dr. Linda Blythe
Dr. Robert Gillette
Dr. Sheila Lyons
Dr. David Nunamaker
Dr. Robert Taylor

ABVS Liaison attendees scheduled to attend:

Dr. Larry Dee
Dr. Leon Russell

9:00 am – 10:00 am  General Overview of Historical Information related to our Committee and Description of the Policies and Procedures related to establishing a Recognized Veterinary Specialty Organization. Dr. Gillette

10:00 am – 11:00 am  Incorporation Overview of Options, Reasons and Summary of Legal Advice. Dr. Lyons

11:00 am – 12:00 noon  Overview of the Draft of our Articles of Incorporation and Bylaws. Dr. Lyons

12:00 noon – 1:45 pm  Establishing the Core Structure of the Specialty and Developing the Plan to Define the Special Knowledge of the Field.

1:45 pm – 2:00 pm  Plan follow-up interaction by the committee

It is my intent that lunch will be served for the attendees.

ACVSMR000472

# The American College of Veterinary Sports Medicine and Rehabilitation

# ACVSMR

## Articles of Incorporation

### Article I -- Name

Section 1. This organization shall be known as the American College of Veterinary Sports Medicine and Rehabilitation.

### Article II -- Incorporation

Section 1. The American College of Veterinary Sports Medicine and Rehabilitation shall be incorporated under the laws of the State of Delaware as a nonprofit veterinary educational and research organization and is both organized and operated exclusively for one of the purposes specified in Sec. 501 (c) (3) of the Internal Revenue Code.

Section 2. The term for which it is organized shall be a continuing one; however, if the corporation undergoes dissolution, all assets will be redistributed in accordance with the IRS 501c3 code.

### Article III -- Purpose

Section 1. To establish, promote and maintain the highest standards in the practice of veterinary sports medicine and rehabilitation through the establishment of educational guidelines; dedicated facilities; and clinical and research training in veterinary sports medicine and rehabilitation at the undergraduate and post-doctoral levels.

Section 2. This organization shall promote the prevention of injury of animals in sport through research and education in the methods developed and shall advocate the highest standards in practice to protect the well being of animals.

Section 3. It shall establish standards for education and clinical experience for qualification of specialists in this field.

Section 4. It shall recognize qualified specialists by certification.

1

Section 5. It shall serve the public, the veterinary profession, veterinary schools, clinical practices, and related associations by offering a list of recognized veterinary specialists who have been certified by the American College of Veterinary Sports Medicine and Rehabilitation.

Section 6. It shall promote collaboration and work in association with allied or other related professional specialty associations.

Article IV -- Membership

Section 1. Membership in this organization will be open to all veterinarians who are graduates of a college or school of veterinary medicine accredited or approved by the AVMA, or who possess an Educational Commission for Foreign Veterinary Graduate (ECFVG) certificate, or are qualified to practice veterinary medicine in some state, province, territory, or possession of the United States, Canada, or other country; have satisfactory moral character and impeccable professional behavior; and have been certified as Diplomats in accordance with the Bylaws.

Section 2. Retired Diplomats, upon written request to the Board, shall be placed upon a retired roster. They shall not be required to pay dues nor have the right to vote. By majority vote of the Board, Retired Diplomats may be conferred Emeritus Diplomat status and such diplomats will retain their right to vote but shall not be required to pay dues.

Section 3. Founding Members of the ACVSMR will be designated as Founding Charter Diplomats. Founding Charter Diplomats are those veterinarians who have joined together to organize the American College of Veterinary Sports Medicine and Rehabilitation. These veterinarians shall meet ~~two~~ one or more of the following criteria:

1. Be a professor or head of an academic department (or section) in the specialty.

2. Have authored significant publications in the specialty.

3. Have ten years experience in the specialty with  ~~75% of his or her time devoted~~ to the specialty as well as significant contribution to the development of the specialty.

4. Have advanced training in the specialty and have thoroughly demonstrated his or her competence in teaching, research or practice of the specialty.

Section 4. Members who do not meet recertification requirements as described in the bylaws shall be placed on an inactive roster. Such members shall not identify themselves as Diplomats unless they also identify that they are not currently recertified. Inactive members shall not be required to pay dues and do not have the right to vote or other privileges of membership. Inactive members may be restored to full active membership upon becoming current with recertification requirements and paying all back dues.



Section 5. There shall be no honorary membership in the ACVSMR.

### Article V -- Certification

Section 1. To be certified as a Diplomat, a candidate must meet all the requirements set forth in the Bylaws for such certification.

### Article VI -- Officers

Section 1. The officers of this organization shall be a President; a President-Elect; a Vice President; an Immediate Past-President; and a Secretary-Treasurer.

Section 2. Duties and term of office for officers and Directors have been set forth in the Bylaws of this Constitution.

### Article VII -- Board

Section 1. The Board shall be the administrative and legislative body of this organization. It shall conduct all business of the College, including the certification of Diplomats, in accordance with the Constitution and Bylaws.

Section 2. Only Diplomats in good standing shall be eligible for election to the Board.

### Article VIII -- Amendments

Section 1. Proposed amendments to ~~this Constitution and to the Bylaws,~~ signed by at least three members in good standing, shall be submitted to the Board for its recommendation. Each proposed amendment with the recommendation of the Board, favorable or unfavorable, shall be submitted to the Members by ~~mail~~ ballot, who shall have fifteen (15) days in which to return such ballot to the Secretary-Treasurer signifying their ratification or rejection of the amendment. An affirmative vote of two-thirds of the Members voting shall be required for adoption of the amendment.

3

# ACVSMR: By-Laws

### Article I - Membership

Section 1. An individual member in good standing shall enjoy all of the rights and privileges of the College including participation in meetings, voting, and holding office except as provided in the Constitution and Bylaws.

Section 2. Diplomats may be censured, suspended, expelled from membership in the College or have their certification as Diplomats canceled for unethical conduct, fraud, or for actions considered contrary to the objectives of this organization. Charges of adverse actions must be made by a member in good standing and must be submitted in writing. A Diplomat so charged shall be given a hearing before the Board. A two-thirds majority of those present and voting is required for disciplinary action.

### Article II - Certification

Section 1. Before candidates may be certified as Diplomats in Veterinary Sports Medicine and Rehabilitation, they must:

a) Have completed an application on a form provided by the organization and have paid the application fee.

b) Have completed the following training and/or experience pre-requirements:

i) Be a graduate of an AVMA accredited college of veterinary medicine; or possess an ECFVG certificate; or be licensed to practice veterinary medicine in the USA, Canada or another country.

ii) Minimum of 3 years of relevant post-doctoral clinical or research experience.

iii) Have satisfactory moral and ethical standing in the profession.

c) Have been the first author of scientific research papers or clinical reports that have been accepted for publication in an approved journal.

d) Have successfully completed comprehensive written and practical examinations.

e)

insert- *The Rob Report:*

### Establishing a Core Curriculum/Examination Foundation

For the task of developing a core curriculum, each committee member will be responsible for a select area. The curriculum list for each subject area will be presented to the full committee, debated, and prioritized, and a majority vote taken. The prioritization process, which assigns in general terms the depth of knowledge required in each subject area, will provide a first draft of Veterinary Sports Medicine curriculum and structure; and the basis for the development of a standardized examination procedure for certification by veterinarians in Veterinary Sports Medicine. It is not the initial task of this committee to define and develop fully the obvious sub specialties for Veterinary Sports Medicine, but rather to begin to create a possible list for further specialization for species specific and sport specific areas for future and additional certification.

The initial certification in Veterinary Sports Medicine will be required as a foundation for all other sub specialties.

### Curriculum

The core curriculum for the specialty will be divided into three major areas; 1) Medicine, 2) Surgery and 3) Rehabilitation. These three areas will be evaluated by Knowledge of the information, Ability to perform the skills associated with the area, and Personal Research and Expertise.

Veterinary Sports Medicine Core Areas of Study
Medicine Surgery Rehabilitation
Areas of Evaluation and Testing
Knowledge Technical (Practical Skills) Research

Curriculum programs
There will be two paths available for certification, a traditional academic path and an alternative path. Below are two examples that might be considered for the two paths

Academic Alternative
3yr Residency – Boarded Mentor
Medicine 75+
Surgery 75+
Rehabilitation 75 +
Science Test 75 +
1 paper
6yr 20% SM --> under Guidance of Mentor

2

Medical Test 75+
Surgery Test 75+
Rehabilitation Test 75+
Science Test 75+
2 papers

1. Basic Science

Knowledge of anatomy; biomechanics; injury and repair; diagnosis; treatment; and rehabilitation
should be demonstrated for each of the following areas:
- Exercise Physiology
- Physiology
- Kinesiology (Biomechanics)
- Osteology
- Arthrology
- Myology (Musculotendon)
- Metabolic abnormalities
- Reproduction
- Nutrition
- Genetics
- Genetic related disorders/breed or species specific disorders
- Infectious Diseases
- Nutrition

2. Clinical Practice Skills

Proficiency in clinical skills that are specific to Veterinary Sports Medicine must be demonstrated in the following areas:
- Physical Examination
- General and sports specific anamnesis
- Record keeping and client communication
- Clinical pathology
- Gait evaluation - in field and in lab
- Electrodiagnostics
- Ultrasound

2. Clinical Practice Skills (Cont.)

- Nuclear scintigraphy
- MRI
- CT
- ECG
- Exercise physiology evaluation
- X-ray

3. Surgery

In the general Veterinary Sports Medicine specialty, advanced training in surgery is not a
prerequisite, but it is likely that an orthopedic sub specialty group will later develop. For general

3

ACVSMR000490

Veterinary Sports Medicine proficiency in recognizing, managing and referring surgical cases will be emphasized.
- Diagnosis of surgical disorder
- Triage
- Referral proficiency
- Post surgical management of sports medicine patients
- Prognosis for recovery- return to sport (general and sport specific)
- Economics

## 4. Nutrition

Nutrition is one of the basic foundations of sporting performance. Incorporating the correct diet into a practical feeding program can improve athletic success as well as prevent potential medical related problems. This also applies to the nutritional aspects of rehabilitation.
- Evaluation of diet
- Sport related demands
- Evaluation of nutritional state
- Clinical chemistry
- Rx: proactive and reactive

## 5. Physical Medicine and Rehabilitation

The field of physical medicine in human medicine incorporates other specialists, which includes physical therapists, which are not yet specially trained (in the USA), recognized or licensed to provide veterinary service. It is a goal of Veterinary Sports Medicine to educate veterinarians in the general principles, practices and methodology of these allied health fields and in the incorporation of these modalities in a sports medicine practice. This understanding can help lay a responsible foundation for future accreditation for veterinary education and certification procedures for these separately licensed allied healthcare experts.
- Physical Examination
- Electrodiagnostics
- Biomechanics
- Pain management
- Acute care
- Chronic care
- Therapeutics-modalities and protocol development
- Physical therapy- role, referral and attending clinician's continued involvement in patient care and evaluation

4

- Sports related equipment including protective equipment and tack (horses); fit and function
- Performance capacity evaluation

## 6. Research

A basic research ability and experience should be demonstrated by the Veterinary Sports Medicine specialist. Research oriented clinical case Reports may be required as part of the application procedure. The Following basic areas relevant to research are as follows:
- Epidemiology
- Study design and determination of bias
- Statistics
- Data collection and reporting

## 7. Medicine

The athletic or working patient can present with many different medical problems associated with their activity. This is in addition to all of the medical issues seen in the typical animal population. The Veterinary Sports Medicine Specialist should have a working knowledge of the medical needs of and sound medical practical skills related to the needs of the athletic or working animal.
- Clinical diseases related to infectious disorders, the nervous system, respiratory system, cardiovascular system, gastrointestinal system, endocrine system, reproductive system, urinary system, blood, and musculoskeletal system.
- Patient care needs in addition to musculoskeletal diagnosis and treatment for acute and chronic care patients
- Clinical pharmacology
- Performance enhancement and drug therapy: regulation and assessment
- Fluid therapy: intra/extra cellular; body's needs (general and sports specific); metabolism; temperature regulation
- Energy needs
- Juvenile vs. geriatric needs and injury predisposition

## 8. Ethics

The Veterinary Sports Medicine Specialists carries the same ethical responsibilities in practice as outlined by the General Veterinary Practice Act of the AVMA, and its affiliated groups.
- Regulation development; general and sport specific
- Duty of care for attending sports medicine clinician
- Client communication

5

ACVSMR000492

- Animal welfare

## Curriculum testing

At the end of the curriculum the candidate will take an examination and their skill will be evaluated. The candidates should be tested on basic science, clinical practice skills, surgery, nutrition, physical medicine/rehabilitation, current research, medicine, and practice ethics. An example of the question breakdown is seen below. Each area of the curriculum will be tested by evaluating the candidate's skill to perform tasks and their knowledge of pertinent information. In the example 65% the surgery test will evaluate surgical skills and 35% will evaluate knowledge of surgical information. In the medicine section, 25% percent of the test will evaluate medicinal skills and 75% will evaluate medical information. In the rehabilitation section, 55% of the test will evaluate rehabilitation skills and 45% will evaluate knowledge. There will be tests over general sports medicine knowledge and skills that apply to all species and tests that evaluate species specific information and skills.

General sx med rehab
Skills 65% 25% 55%
Knowledge 35% 75% 45%
Canine sx med rehab
Skills 65% 25% 55%
Knowledge 35% 75% 45%
Horse sx med rehab
Skills 65% 25% 55%
Knowledge 35% 75% 45%

If the accepted level for the test is 75%, then as long as the candidate gets a 75% on the evaluation they have passed the veterinary sports medicine and rehabilitation board. How the candidate performs in the six areas of the evaluation will define the candidate's special interest within the veterinary sports medicine and rehabilitation field. The area that they get the highest percentage will define their interest area. If it is on the horse information they will designated as an equine specialist. If they score better on the dog side they will be designated as a canine specialist. All candidates should receive at least a 75% on general

6

knowledge. If they score better on the surgery area (85%+), they are a surgical specialist. If they
score better on the medicine area (85%+), they area a medicine specialist. If they score better on
rehabilitation (85%+), they are a rehabilitation specialist.
Dog General Horse
Medicine 75 + (85) 75 + 75 + (85)
Surgery 75 + (85) 75 + 75 + (85)
Rehabilitation 75 + (85) 75 + 75 + (85)
Science 75 + (85) 75 + 75 + (85)

Section 2. Candidates shall not be eligible to take the written or practical examinations until they have completed the application, training and/or experience and publication requirements of Section 1 of this Article. *[handwritten: process the credentialing process]*

Section 3. Certification of successful candidates shall require a majority affirmative vote by the Board of Directors.

Section 4. In the event of an adverse decision by the College, the affected person(s) shall be advised of the procedure for appealing the adverse decision. The affected party may file a written petition on the grounds that the College has ruled erroneously by disregarding the established criteria for certification or approval; failing to follow its stated procedures; or failing to consider relevant evidence and documentation presented.

a). Written petitions must be received by the Executive Director within 90 days of the date that the College announces its adverse decision. Such petitions shall include a statement of the grounds for reconsideration and documentation, if any, in support of the petition.

b). The written petition of the affected party will be forwarded to the Certification Oversight Committee for review, investigation, discussion and a decision made on the merits. The decision of the Certification Oversight Committee shall be final and their decision will be sent to the Board of Directors for information purposes only.

c). The decision of the College shall be delivered in writing by mail not more than 60 days after receipt of the petition.

d). If the affected party is not satisfied with the decision, he or she may request mediation by the American Board of Veterinary Specialties of the American Veterinary Medical Association according to their established procedures.

Section 5. In order to maintain a currently certified status, Diplomats must meet recertification requirements as established by the Board of Directors.

7

**Article III - Officers**

**Section 1.** The Vice President, the Secretary-Treasurer, and when necessary, the President and/or President-Elect shall be elected by mail ballot by the Diplomats.

**Section 2.** The term of office for each officer shall be for one year, beginning at the conclusion of the annual ACVSMR business meeting extending through the succeeding annual ACVSMR business meeting in the next calendar year.

**Section 3.** The President shall preside over all meetings of the College and the Board shall administer the affairs of the organization according to the Constitution and Bylaws and the policies enunciated by the Board.

**Section 4.** The President-Elect shall automatically become President at the termination of the predecessor's term of office. The Vice President shall automatically become President-Elect at the termination of the predecessor's term of office. In case the President is unable to perform the duties of the office, the duties shall be assumed by the President-Elect. In case the President and President-elect are unable to perform the duties of their respective offices, the Immediate Past-President shall serve as acting President for the remainder of the year, or until either the President or President-elect can resume their duties. In case the President-Elect is unable to perform the duties of the office, other than serving as acting President, the duties shall be assumed by the Vice President. In case the Vice President is unable to perform the duties of the office, the President, with approval of the Board of Directors shall appoint a Diplomat in good standing to this position until the next regular election of the College. At this election a Diplomat is to be elected to the office of President-Elect.

**Section 5.** The Immediate Past-President shall be the retiring President.

**Section 6.** The Secretary-Treasurer shall:

a). Maintain the records of the Secretary-Treasurer's office.

b). Attend all meetings of the Board and the College.

c). Keep all notes and records of official meetings and sessions until the Board approves their disposal.

d). Oversee maintenance of the financial records of this organization as kept by the Executive Director.

e). With consent of the Board, oversee deposit or investment of all monies prudently in the name of the College as carried out by the Executive Director.

**Section 7.** Should a vacancy in the office of Secretary-Treasurer occur the Board shall appoint a Diplomat to that office for the remainder of the unexpired term.

8

Article IV - Board of Directors

Section 1. The Board of Directors will direct and provide guidance to College activities and ensure continuity and progress year-to-year in the conductance of College business.

Section 2. The Board shall consist of Diplomats elected by ~~mail~~ 5 ballot plus the President, the President-Elect, the Vice President, the Immediate Past-President, and the Secretary-Treasurer.

Section 3. The term of office for the elected members of the Board shall be ~~one~~ 3 year, each one beginning at the conclusion of the annual ACVSMR business meeting and extending through the annual ACVSMR business meeting in the following calendar year.

Section 4. The Board shall meet annually at the time and place of the annual meeting of the organization, and at such other times as deemed necessary by the Board.

Section 5. Six members of the Board shall constitute a quorum for the transaction of business.

Section 6. The Board may also act upon business matters presented ~~in writing~~ to the Board. The procedures for voting by ~~mail~~ ballot shall be as follows:

a). ~~The question shall be phrased so that a yes or no answer may be given.~~

b). A ballot shall be sent by the Executive Director to each member of the Board.

c). A return date shall be set fifteen (15) days from the time the ballot is sent.

d). In case of ballots sent by US Postal Service, ballots postmarked after the closing date shall not be counted. In the case of ballots sent by e-mail or facsimile, ballots received after the closing date shall not be counted.

e). A simple majority of votes cast shall determine whether a proposal is approved or disapproved.

f). The Executive Director shall report the results of the voting within fifteen (15) working days after the closing date. The report shall be included as an addendum to the minutes and approved by the Board of Directors at its next regular meeting.

Section 6. The Board may adopt procedures for acting on business via telephone conference call or other electronic means.

Section 7. The Board shall:

a). Transact all business on behalf of the College, including the certification of Diplomats, and do all such other things as the Constitution and Bylaws direct.

ACVSMR000496

b). Have the accounts of the College audited annually, and at such other times as are necessary or advisable.

c). Present a report of its actions at each annual meeting of the College.

**Section 8.** The Board is authorized to employ an Executive Director and other staff.

**Section 9.** Should a member of the Board of Directors be unable to perform the duties of office, the President, with concurrence of a majority of the Board of Directors, will appoint a member of the College to complete the vacated term of office. If the vacancy occurs in the last year of the term, the position will remain open until the next annual election.

## Article V - Nominations and Elections

**Section 1.** The Nominations Committee shall make nominations for each Officer and Board of Directors position.

**Section 2.** Nominations for Officer and Board of Directors positions may be made by petition. Petitions must be submitted to the Executive Director by an announced date.

**Section 3.** Elections shall be by mail ballot. Members shall have at least 21 days to return the ballot. For election to Officer positions the person receiving the highest number of votes for a position shall be elected, unless no person receives at least 40% of the votes cast for a position. In this case there shall be a runoff election between the two persons receiving the highest number of votes. For election to Board of Directors positions, the members shall be instructed to vote for the number of persons equal to the number of positions to be filled. Candidates receiving the highest number of votes shall be elected, unless an individual receives the votes of less than 40% of the members casting votes for Board of Directors positions. In this case there shall be a runoff election between/among the remaining candidates receiving the highest number of votes, two per election position remaining available. In the case of ties, the election will be decided by the Board of Directors.

## Article VI - Annual Meeting

**Section 1.** The annual meeting of this organization shall be held at the time and place announced at least 60 days in advance to the membership.

**Section 2.** The annual meeting of this organization, except business sessions, meetings of the Board, examinations and examination review sessions, shall be open to any persons interested in attending.

ACVSMR000497

## Article VII - Committees

Section 1. This organization shall have committees which may include the following: Nominating, Credentials, Curriculum, Certification/Recertification, Continuing Education, Training Program Oversight, ~~Publications~~, Foundation, Planning, Examination, and Liaison. *Pres will be ex. officio*

i) **Credentials Committee** *new*

A. The Credentials Committee shall be composed of ~~three~~ members of the College, appointed by the President on recommendation of the Board. Terms will be for a three year period. The President shall be an ex-officio member of this committee.

B. Duties of this committee shall be to certify eligibility of applicants requesting examination by the College and to provide information and application forms for certification examination.

C. Applicants approved for eligibility shall be notified and their applications forwarded to ~~the chairperson of the Board.~~ *To Executive Director*

D. This committee shall notify applicants who are not deemed eligible for examination and delineate areas of deficiency.

ii) **Examination Committee**

A. Each year, the President-Elect will appoint members to the Examination Committee. The President-Elect will appoint (one of the 3 third year members) of the Examination Committee to act as chairperson of the Examination Committee for that calendar year. ~~The President-Elect will act as a functioning member of the Committee and will act as liaison to the Board of Directors.~~

B. The term of office shall be for three years.

C. The duties of this committee shall be:

1. Preparation, administration and grading of all certifying examinations.

2. Report to the ~~President~~ *BOD* results of such examinations and make recommendations to the Board on the competency of candidates.

*3 Demps provid point for examination*

~~3~~ 4. At least one member of this committee or other College members designated by the chairperson will monitor ~~written~~ examinations. *oral portion*

~~4~~. Provide at least three members of this committee at all oral examinations. → *given to BOD*

iii) **Committee on Education**

A. ~~The committee shall be composed of, but not limited to, three members.~~

11

ACVSMR000498

B. The term of office will be for three years.

C. The President may appoint additional members for terms not to exceed three years, as deemed necessary.

D. The duties of the committee shall be to:

1. Conduct scientific sessions as designated by the Board.

2. Conduct other appropriate educational programs, as determined by the Board.

iv) Certification Committee

    v)      Foundation Committee
    vi)     Publications
    vii)    Nominating
    viii)   Planning
    ix)     Liaison
    x)      Training Program Oversight
    xi)     Curriculum

Section 2. Committee members shall be appointed from the active membership such that terms overlap. Unless otherwise explicitly stated, the following criteria shall dictate the committee chairperson:

a) The senior committee member (person having served longest) will be chairperson.

b) If a committee member is unable to fulfill his or her term, a replacement shall be appointed by the President to fulfill the unexpired term.

c) A committee member may be reappointed by the President, but shall not retain seniority.

d) The chairperson of each committee will submit an annual report to the President or Executive Secretary each year. The report will be reviewed by the Board of Directors.

Section 2. The President, with the advice and consent of the Board, shall annually appoint the chairman and members of all committees and shall designate members of the Board of Directors to serve as liaison and as ex-officio members on each of the standing committees.

Section 3. The President-Elect, with the advice and consent of the Board, shall designate committee appointments for his or her year as President.

12

Article VIII - Dues and Fees

Section 1. Members shall pay annual dues in the amount established by the Board.

Section 2. Dues shall become payable ~~on January 1~~ of each year and shall be paid to the Executive Director. A member who fails to pay dues for 6 months after due date shall be designated as not in good standing. If dues are unpaid after 12 months, membership is automatically terminated.

Section 3. All applications to take ~~the written~~ examination or for certification shall be accompanied by a fee as established by the Board.

Section 4. Amendments to dues and fees will be voted on by a quorum of the ACVSMR Board at its annual meeting ~~and will be effective on the next January 1st~~.

Article IX - Amendments

Section 1. Amendments to the Bylaws shall be handled as described under Article VIII of the Constitution.

13