# EXHIBIT J

| | |
|---|---|
| **From:** | Robert L. Gillette <gillerl@vetmed.auburn.edu> |
| **Sent:** | Wednesday, September 1, 2004 5:18 PM |
| **To:** | Phototake1@aol.com; homecomingfarm@attbi.com; homecomingfarm@comcast.com |
| **Cc:** | gillerl@vetmed.auburn.edu; Linda.Blythe@oregonstate.edu; claytonh@cvm.msu.edu; dmn@vet.upenn.edu; RTDVM@aevh.com; k9care@sportsvet.com; lgd642@aol.com; Lrdvm@tca.net; LRUSSELL@cvm.tamu.edu; salsbury@vet.upenn.edu; scudlip@aevh.com; ESabin@avma.org; dr_mcesar@yahoo.com |
| **Subject:** | Re: Dr. Lyons |
| **Attach:** | QuestRsp.doc; Lyons.doc |

Ms. Asak

I have attached a response to your questions regarding the relationship between Dr. Sheila Lyons and the Organizing Committee for the American College of Veterinary Sports Medicine and Rehabilitation. I will send you a printed copy. Could you please send me an address that I can use to send it to you? I am sending a copy of this e-mail to all of the involved parties.

Sincerely,

Robert L. Gillette

Robert L. Gillette, DVM, MSE
Director
Richard G. and Dorothy A. Metcalf
Veterinary Sports Medicine Program
College of Veterinary Medicine
Auburn University, AL 36849

ACVSMR000937

September 1, 2004

Robert L. Gillette, DVM, MSE
Chairman
Organizing Committee
American College of Veterinary Sports Medicine and Rehabilitation

Here are my responses to your questions. My responses are in a bold format.  In addition
to the answers, I have included a letter describing the relationship between Dr. Lyons,
HCF and the organizing committee for the ACVSMR.  As stated in that letter, the
ACVSMR never received or requested money from HCF.  The ACVSMR never
requested HCF to solicit monies to assist with any costs associated with our
organizational committee.

Respectfully,


Robert L. Gillette


1) Is the American College of Veterinary Sports Medicine and Rehabilitation
(ACVSMR) an AMVA recognized specialty?
   **NO**

2) Is Dr. Lyons a founding member of the ACVSMR?
   **She was one of the original members of the Organizing Committee for
   the ACVSMR**

3) Does the committee have access to verification of her credentials (Re: "PhD in
laser and particle physics" and "three-year fellowship in Physical Medicine,
Rehabilitation and Sports Medicine in Human Medicine")?
   **NO**

4) Is the committee familiar with her "Single Tissue Plane Trim" research/work?
   **NO**

5) Is the committee familiar with her "Equine Rehabilitation and Preventive
Medicine" research/work?
   **NO**

6) Is the committee familiar with any scientific peer reviewed articles published by
Dr. Lyons?
   **NO**

7) Did she develop an equine rehabilitation "veterinary school program" for
veterinarians which "parallels the one currently in place in human medicine"?

ACVSMR000938

**We do not know**

8)   Did "the work of Homecoming Farms, Inc. and its Advisory Board including the physicians who created the analogous human specialty field, develop the template for this new veterinary board's guidelines for the establishment of this recognized specialty field"?

> **A human medical guideline was used help develop the guidelines for the organizing committee.**

9)   Did the College of Veterinary Sports Medicine and Rehabilitation (ACVSMR)" become "independently incorporated and apply for 501 c3 status in 2003"?

> **NO**

10)  Are "members" now writing "guidelines for post-doctoral training, examination, and research in this field"? And will/has "this work" been/be "incorporated into a final proposal to the AVMA for consideration of recognition of this new specialty for veterinary medicine (2003-2004)"?

> **Not presently**

11)  Has "an advisory Board will also be developed"? And will "physiotherapists, PhD's and others" be consulted for the purpose of helping us to follow in the footsteps of our colleagues in the human specialty medical field of Rehabilitation and Sports Medicine"?

> **NO**

12)  Is "Homecoming Farm's Board of Advisors" "acting" in this capacity until a new board develops to work with the ACVSMR"?

> **NO**

13)  Does your committee "anticipate that the two fields initially encompassed here will eventually become distinct Specialty Fields of- Physical Medicine and Rehabilitation; and Sports Medicine; as soon as sufficient numbers of veterinarians have completed the specialist certification process"?

> **We do not know at this time**

14)  Are postdoctoral programs expected to be in place at veterinary schools worldwide by the year 2007?

> **We do not have any expectations related to this at this time**

15)  Was Homecoming Farm, Inc. the sole sponsor of a meeting between 7 ACVSMR board members that took place in Chicago on May 18, 2004?

> **NO**

ACVSMR000939

16) Has Homecoming Farm, Inc. taken the leadership role in the development of this new AVMA recognized specialty? And is the creation and support of the ACVSMR a project of Homecoming Farm, Inc.?
   **Not in relationship to our committee**

17) Has Homecoming Farm, Inc. been asked to, or authorized to, solicit funds for the creation or support of the ACVSMR?
   **NO**

18) Is the fundraising goal of 30 million dollars for the creation of this specialty a realistic one?
   **This is not an amount the committee has discussed**

19) Does the committee endorse any of the claims made by Sheila Lyons, DVM of Homecoming Farm, Inc.?
   **NO**

20) Does the committee intend to take any steps to prevent and or protect the general public from being misled about the creation, status, educational goals and fundraising goals of the ACVSMR?
   **It is not the intent of the organizing committee to mislead the public concerning anything about our organization**

21) Does your committee have a formal complaint process whereby the general public or other veterinarians can submit and have reviewed complaints and concerns regarding committee members?
   **NO**

ACVSMR000940

September 1, 2004

Robert L. Gillette, DVM, MSE
Chairman
Organizing Committee
American College of Veterinary Sports Medicine and Rehabilitation

To Whom It May Concern:

This letter is being written to describe the relationship of Dr. Sheila Lyons with the organizing committee for the American College of Veterinary Sports Medicine and Rehabilitation (ACVSMR).  At this time there is no formal specialty in this field that is recognized by the American Veterinary Medical Association (AVMA).  Two years ago a committee was formed to initiate the process to develop a recognized specialty within the AVMA.  Dr. Lyons was one of the veterinarians that was on this committee. Because we are in the infancy of this process it could be stated that we are still an informal group that is developing our structure from which we can build a formal organization.  Most of the committee had not known Dr. Lyons prior to our first meeting in Chicago last May.

I personally had been introduced to Dr. Lyons at a Rehabilitation Seminar held in Oregon in 2000.  I was in the process of gathering information from the AVMA to determine if creating a Sports Medicine specialty was possible.  She contacted me at a later date to offer her assistance in this process.  Before that time I had never heard of her or Homecoming Farms Incorporated (HCF).  My background is not necessarily in the area of equine medicine, so I assumed I had not heard of her for that reason.

Dr. Lyons had offered financial help from HCF to help cover costs associated with the organizing process.  At the Chicago meeting held in May the committee specifically declined any financial assistance from HCF.  It was decided that we would initially try to handle the expenses personally.

At an organizational meeting held in Philadelphia, PA July 26, committee member credentials were discussed.  The AVMA has set credentials that have to be met by any veterinarian that is being considered by a specialty group.  The ACVSMR had not reached the point in their organizational process where the member's credentials were to be confirmed.  At the Philadelphia meeting Dr. Lyons was asked about her credentials.  I had previously requested that she and all members of the committee provide proof of their credentials and education.  I had received a copy of  Dr. Lyons' Veterinary Degree from Tufts University, but nothing about her other training or advanced degrees.  She was unable to produce any documentation of her advanced training or education.

At the end of the meeting we asked about the seminar that she had given in Cape Cod, MA.  Our specific concerns were the solicitation of money.  When asked where the money had gone, Dr. Lyons stated that the money had gone to cover the costs of the case. I then suggested that Dr. Lyons return any money that had been raised to help fund the ACVSMR organizing costs.  At the end of the meeting the committee members gave Dr.

ACVSMR000941

Lyons the option to relinquish her position on the committee and she declined. The committee then met privately to discuss Dr. Lyons' future role on our organizing committee. The ACVSMR then unanimously voted to ask Dr. Lyons to recuse herself from the committee. When Dr. Lyons returned she was asked to recuse herself from the committee and she agreed. Any relationship between Dr. Lyons or HCI and the ACVSMR is now officially terminated.

The ACVSMR never received or requested money from HCF. The ACVSMR never requested HCF to solicit monies to assist with any costs associated with our organizational committee

Respectfully Submitted


Robert L. Gillette

**ACVSMR000942**